CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
<u>NASHVILLE</u> DIVISION

Indictment ☒
Complaint ☐
Information ☐
Felony ☒
Misdemeanor ☐
Juvenile ☐

County of Offense: <u>Davidson</u>
AUSA's NAME: <u>McGuire</u>

Reviewed by AUSA: _____
(Initials)

<u>KILMAR ARMANDO ABREGO GARCIA</u>
Defendant's Full Name

_____
Defendant's Address

Interpreter Needed?  ☒ Yes  ☐ No

If Yes, what language?  <u>Spanish</u>

_____
Defendant's Attorney

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| 1 | 8 U.S.C. § 1324(a)(1)(A)(v) and (B)(i) | Conspiracy to unlawfully transport illegal aliens for financial gain | 10 years | $250,000 |
| 2 | 8 U.S.C. § 1324(a)(1)(A)(ii) and (B)(i) | Unlawful transportation of illegal aliens for financial gain | | |
| | | | | |
| | | | | |

Is the defendant currently in custody?   Yes ☒   No ☒   If yes, State or Federal? Writ requested ☐

Has a complaint been filed?   Yes ☐   No ☒
   If Yes:   Name of the Magistrate Judge _____   Case No _____
   Was the defendant arrested on the complaint?   Yes ☒   No ☐

Has a search warrant been issued?   Yes ☒   No ☐
   If Yes:   Name of the Magistrate Judge _____   Case No.: _____

Was bond set by Magistrate/District Judge?   Yes ☐   No ☒   Amount of bond: _____

Is this a Rule 20? Yes ☐   No ☒   To/from what district? _____
Is this a Rule 40? Yes ☐   No ☒   To/from what district? _____

Estimated trial time:   <u>7 days</u>

The Clerk will issue a Summons/**Warrant** (circle one)  (Note: If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested: Yes ☒   No ☐   Recommended conditions of release: _____