# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| United States of America | ) |
|---|---|
| v. | ) |
| KILMAR ARMANDO ABREGO GARCIA | ) Case No. 3:25-cr-00115 Judge Crenshaw |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* KILMAR ARMANDO ABREGO GARCIA,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to unlawfully transport illegal aliens for financial gain in violation of 8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i)
Unlawful transportation of illegal aliens for financial gain 8 U.S.C. § 1324(a)(1)(A)(v) & (B)(i)

Date: 05/21/2025

*Issuing officer's signature* — Jeremy Medley

City and state: NASHVILLE, TN

Jeremy Medley, Criminal Case Administrator
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                                    Weight:

Sex:                                                         Race:

Hair:                                                        Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

Print    Save As...    Reset