## MAGISTRATE JUDGE HOLMES COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS
☐ **VIDEOCONFERENCE**    ☑ **COURTROOM**

**U.S.A. v.** Garcia, Kilmar Armando Abrego                    **, No.** 3:25-cr-00115

**ATTORNEY FOR GOVERNMENT:**    Rob McGuire  along with Jacob Warren, Chris Eason, and Jeremy Franker

**ATTORNEY FOR DEFENDANT:**    Will Allensworth   along with Richard Tennent        ■AFPD ☐ Panel ☐ Retained

**PRETRIAL SERVICES/PROBATION OFFICER:**    Johnny Franklin

**INTERPRETER NEEDED?** ■ **YES** ☐ **NO**        **LANGUAGE/INTERPRETER:** Spanish/ Judith Kristy
                                        ■ **PRESENT** ☐ **TELEPHONE** ☐ **VIDEO**

☐ **Defendant consents appear to before the Magistrate Judge by video conference.**

■ **INITIAL APPEARANCE** ☐ **ON A SUMMONS** ■ **ARRESTED ON:** 6/6/2025
    **DEFENDANT HAS A COPY OF:**
    ☐ Complaint ■ Indictment ☐ Information ☐ Supervised Release Pet. ☐ Other _____
    ■ Defendant advised of the charges and the maximum penalties ☐ Defendant has a copy of notice of rights
    ■ Defendant advised of right to counsel        ☐ Counsel retained
    ☐ Financial affidavit filed under penalty of perjury                    ■ FPD Appointed
    ☒ Defendant advised of right to silence        ☐ Counsel app't based on counsel's statement
    ■ Defendant advised of right to **Consular notification**
    ☒ GOV'T and DEFENDANT advised of Due Process Protections Act of 2020
    ☐ Defendant advised of right to preliminary hearing    ☐ Defendant waived preliminary hearing
    ■ Government motion for detention        ☒ Defendant temporarily detained
    ☐ Defendant waived detention hearing        ■ ICE detainer on defendant
    ☐ Defendant reserved right to hearing in future    ☐ Defendant to be returned to State custody
    ☐ Defendant to remain in Federal custody        ☐ Defendant waived rights under IAD
    ☐ Defendant to remain on current conditions of supervised release
    ☐ Defendant ordered to psychological/psychiatric evaluation
    ☐ Defendant released on:
        ☐ Own recognizance with conditions of release ☐ standard ☐ special
        ☐ Appearance bond in the amount of: _____
        ☐ Property bond [description of property]: _____
    ☐ **RULE 5** - Defendant advised of right to identity hearing ☐ Defendant waived identity hearing
    ☐ **RULE 5** - Defendant reserved right to have preliminary hearing in District of Prosecution
    ☐ **RULE 5** - Defendant elected to have detention hearing in District of Prosecution
    ☐ **RULE 5** - DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER
■ **PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO:** Friday, June 13, 2025 at 10:00am courtroom 3D

☐ **GRAND JURY WAIVED IN OPEN COURT**    **[Defendant sworn and advised of rights by Court]**
☐ **ARRAIGNMENT**
    ☐ Defendant acknowledges he/she has copy of Indictment/Information ☐ Court advised Def. of penalties
    ☐ Defendant waives reading thereof        ☐ Indictment/Information read to defendant by Judge
    **PLEA:** ☐ **GUILTY** ☐ **NOT GUILTY**    ☐ Defendant intends to plead guilty and case referred to DJ

**DATE:** 6/6/2025                    **TOTAL TIME:** 53 minutes
**BEGIN TIME:** 5:05pm                **END TIME:** 5:58pm
☑ *Digitally Recorded* ☐ *Court Reporter:* _____

Form Revised 2/9/2018                    Page 1 of 1