

**DE16 is GRANTED.**
*Barbara D. Holmes*

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO. 3:25-cr-00115 |
| ) | |
| v. ) | MAGISTRATE JUDGE HOLMES |
| ) | JUDGE CRENSHAW |
| ) | |
| KILMAR ABREGO GARCIA ) | |

### MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

Through counsel, Kilmar Abrego Garcia moves this Honorable Court to allow him to file a motion under seal.

The "Administrative Practices and Procedures for Electronic Case Filing (ECF)" requires parties to file a motion seeking leave of court prior to filing any documents electronically under seal. In this case, the document contains confidential and sensitive information, and defense counsel therefore requests that the document be placed under seal.

Respectfully submitted,

s/ *Will Allensworth*
Will Allensworth
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: will_allensworth@fd.org

Attorney for Kilmar Abrego Garcia