# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Tammi M. Hellwig*, Clerk of Court, Certify that

__JENNA MINICUCCI DABBS__, Bar # __JM1245__

was duly admitted to practice in the Court on

__February 03, 2003__

and is in good standing as a member of the Bar of this Court

Dated at  500 Pearl St.  On  __June 17, 2025__
New York, New York

*Tammi M. Hellwig* (signature with seal)

__Tammi M. Hellwig__   By   __s/B. Cong__
Clerk of Court              Deputy Clerk