# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Tammi M. Hellwig*, Clerk of Court, Certify that

    DAVID PATTON    , Bar #    DP6644

was duly admitted to practice in the Court on

January 23, 2001

and is in good standing as a member of the Bar of this Court

Dated at 500 Pearl St.  
New York, New York

On June 17, 2025

Tammi M. Hellwig  
Clerk of Court

By s/B. Cong  
Deputy Clerk