# UNITED STATES DISTRICT COURT

| MIDDLE | DISTRICT OF | TENNESSEE |
|---|---|---|

UNITED STATES OF AMERICA

V.

Kilmar Armando Abrego Garcia

## EXHIBIT AND WITNESS LIST

Case Number: 3:25-cr-115

| PRESIDING JUDGE  Mag. Judge Barbara D. Holmes | PLAINTIFF'S ATTORNEY  Rob McGuire | DEFENDANT'S ATTORNEY  Dumaka Shabazz, Richard Tennent, Will Allensworth |
|---|---|---|
| TRIAL DATE (S)  6.13.2025 | COURT REPORTER  Lise Matthews | COURTROOM DEPUTY  M. Cobos |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 6/13/2025 | | | SA Peter Joseph -  HSI |
| 1 | | 6/13/2025 | x | x | BWC footage 11/30/2022 - Putnam County |
| 2 | | 6/13/2025 | x | x | SEALED* screenshot - piece of paper |
| 4 | | 6/13/2025 | x | x | SEALED* screenshot - passenger roster from traffic stop |
| 3 | | 6/13/2025 | x | x | SEALED* screenshot - snapchat |
| 5 | | 6/13/2025 | x | x | SEALED* order of protection |
| 6 | | 6/13/2025 | x | x | SEALED* order of protection |
| | 1 | 6/13/2025 | x | x | SEALED* memo and order - immigration court |
| | 2 | 6/13/2025 | x | x | letter from Casa |
| | 3 | 6/13/2025 | x | x | SEALED* signed 3rd party declaration by Cesar Abrego |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.