Motion (69) is **GRANTED.** All counsel are expected to comply with the Local Rules of this Court.

US DISTRICT JUDGE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KILMAR ARMANDO ABREGO GARCIA,<br><br>*Defendant.* | No. 3:25-cr-115<br><br>Judge Waverly D. Crenshaw, Jr. |

**MOTION AND MEMORANDUM OF LAW IN SUPPORT OF ISSUANCE OF ORDER REQUIRING COMPLIANCE WITH LOCAL CRIMINAL RULE 2.01**