UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:25-cr-00115 |
| | ) | |
| KILMAR ABREGO GARCIA | ) | JUDGE CRENSHAW |

## MOTION TO WITHDRAW AS COUNSEL

Comes now Federal Public Defender Dumaka Shabazz, AFPD William Allensworth, and AFPD Richard Tennent, on behalf of Mr. Abrego Garcia, and hereby move this Court to allow our withdrawal as attorneys of record in this case. On June 6, 2025, the Office of the Federal Public Defender was appointed to represent Mr. Abrego Garcia. (D.E. 11.) On June 17, 2025, private attorneys Rascoe Dean, David Patton, Jenna Dabbs, and Sean Hecker, entered filings to substitute counsel, which were granted on June 22, 2025. (D.E. 36-41.) As such, the below attorneys respectfully request to withdraw.

Respectfully submitted,

s/ *Dumaka Shabazz*
DUMAKA SHABAZZ
Federal Public Defender
810 Broadway, Suite 200
Nashville, TN  37203
615-736-5047
E-mail: dumaka_shabazz@fd.org

1