UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:25-cr-00115 |
| KILMAR ARMANDO ABREGO GARCIA, | ) | |
| Defendant. | ) | |

## ORDER

Pending is the Government's Motion to Set Jury Trial Date (Doc. No. 71). Prior to the hearing on **July 16, 2025**, counsel shall confer and agree to three acceptable dates for trial.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR
UNITED STATES DISTRICT JUDGE

1