> Motion (80) is **GRANTED**.
> /s/ Waverly D. Crenshaw, Jr.
> US DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KILMAR ARMANDO ABREGO GARCIA,<br><br>*Defendant.* | No. 3:25-cr-115<br><br>Judge Waverly D. Crenshaw, Jr. |

## MOTION TO EXCUSE ATTORNEY APPEARANCE

David Patton, counsel to Defendant Kilmar Armando Abrego Garcia, respectfully requests that this Court excuse him from appearing at the evidentiary hearing on the government's motion for revocation of Judge Holmes's release order, which is currently set for Wednesday, July 16, 2025, at 1:00 p.m. ECF 56. As cause, undersigned counsel submits that beginning on Monday, July 14, 2025, he is representing a defendant in a federal criminal jury trial in *United States v. Storm*, Case No. 23-cr-430, before Judge Katherine Polk Failla in the Southern District of New York. Undersigned counsel's co-counsel, Sean Hecker, Jenna Dabbs, and Rascoe Dean, will be present at the hearing to represent Mr. Abrego. Undersigned counsel therefore respectfully requests that this Court excuse his appearance at the evidentiary hearing on the government's motion for revocation of Judge Holmes's release order.

Dated: July 11, 2025
      New York, New York

Respectfully submitted,

/s/ David Patton
Sean Hecker*
Jenna M. Dabbs*
David Patton*

1