IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KILMAR ARMANDO ABREGO GARCIA,<br><br>*Defendant.* | No. 3:25-cr-115<br><br>Judge Waverly D. Crenshaw, Jr. |

## DEFENDANT'S WITNESS AND EXHIBIT LIST FOR JULY 16, 2025 REVOCATION HEARING

Defendant Kilmar Armando Abrego Garcia writes pursuant to this Court's order (ECF 56) to disclose that he does not anticipate calling any witnesses or introducing any exhibits as part of his case-in-chief at the July 16, 2025 evidentiary hearing on the government's motion to revoke Magistrate Judge Holmes's order releasing him pending further proceedings in this matter.

Dated: July 14, 2025
      New York, New York

Respectfully submitted,

*/s/ Sean Hecker*
Sean Hecker
Jenna Dabbs
David Patton
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Tel: (212) 763-0883
Fax: (212) 564-0883
shecker@heckerfink.com
jdabbs@heckerfink.com
dpatton@heckerfink.com

Rascoe Dean
SHERRARD ROE VOIGT & HARBISON PLLC
1600 West End Avenue, Suite 1750
Nashville, Tennessee 37203
Telephone: (615) 742-4200
Facsimile: (615) 742-4539
rdean@srvhlaw.com

*Counsel for Defendant Kilmar Armando Abrego Garcia*

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following: Acting United States Attorney, Robert E. McGuire, 719 Church Street, Suite 3300, Nashville, Tennessee 37203.

*/s/ Sean Hecker*