UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>KILMAR ABREGO GARCIA<br>(list each defendant appearing at hearing) | Case No.: 3:25-CR-115<br>Judge: WAVERLY D. CRENSHAW, JR.<br>Hearing Date: 7/16/2025<br>Location: ● Nashville ○ Columbia ○ Cookeville<br>Court Reporter: LISE MATTHEWS<br>Court Interpreter: Richard Singer, Monica Gross |

## CRIMINAL MINUTES

Government Attorney(s): ROBERT MCGUIRE

Defense Attorney(s): RASCOE DEAN, JENNA DABBS, SEAN HECKER

## TRIAL PROCEEDINGS

1. Jury Trial*
2. Non-Jury Trial*
3. Sentencing Hearing Contested*
4. Supervised Release Hearing-Contested*
5. Probation Revocation Hearing-Contested*
6. Other Evidentiary Hearing* ☑
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment
8. Plea Hearing
9. Sentencing Hearing
10. Status conference
11. Pretrial Conference
12. Supervised Release Revocation Hearing
13. Probation Revocation Hearing
14. Motion Hearing
15. Other Proceeding
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

- Evidentiary hearing held on July 16, 2025 to review the decision of detention.
- Trial date is set for January 27, 2026, at 9:00 a.m. Status conferences will be held in October and one in December. A sample Scheduling Order was provided to the parties and shall be submitted to the Court by July 30, 2025.
- Witness and exhibits presented.
- Court to take motion under advisement.

Total Time in Court: 2 hours 15 minutes

Clerk of Court
by: Melissa Seay