IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>)<br>)<br>KILMAR ARMANDO ABREGO GARCIA ) | NO. 3:25-cr-00115<br><br>JUDGE CRENSHAW |

## NOTICE OF FILING OF PROPOSED SCHEDULING ORDER

COMES NOW the United States of America, by and through Robert E. McGuire, Acting United States Attorney, and submits the attached proposed scheduling order. (*See Attachment 1*.) The parties have met and conferred, the parties jointly propose this scheduling order to the Court, and the parties respectfully ask this Court to enter the proposed order as the scheduling order for this case.

Respectfully Submitted,

 */s/ Robert E. McGuire*
Robert E. McGuire
Acting United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203

1