IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KILMAR ARMANDO ABREGO GARCIA,<br><br>*Defendant.* | No. 3:25-cr-115<br><br>Judge Waverly D. Crenshaw, Jr. |

## DEFENDANT KILMAR ARMANDO ABREGO GARCIA'S MOTION TO DISMISS FOR VINDICTIVE AND SELECTIVE PROSECUTION

Defendant Kilmar Armando Abrego Garcia, by and through undersigned counsel and pursuant to Federal Rule of Criminal Procedure 12(b)(3)(A)(iv), respectfully moves this Court to dismiss the indictment for vindictive and selective prosecution, or, in the alternative, to order discovery and an evidentiary hearing on his claims. In support of the motion, Mr. Abrego is filing a Memorandum of Law contemporaneously herewith.

Dated: August 19, 2025
      New York, New York

Respectfully submitted,

/s/ Sean Hecker
Sean Hecker*
Jenna M. Dabbs*
David Patton*
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883
Fax: (212) 564-0883
shecker@heckerfink.com
jdabbs@heckerfink.com
dpatton@heckerfink.com

* admitted *pro hac vice*

Rascoe Dean (No. 034209)
S<span/>HERRARD R<span/>OE V<span/>OIGT & H<span/>ARBISON PLLC
1600 West End Avenue, Suite 1750
Nashville, Tennessee 37203
Telephone: (615) 742-4200
Fax: (615) 742-4539
rdean@srvhlaw.com

*Counsel for Defendant Kilmar Armando Abrego Garcia*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 19, 2025, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following: Acting United States Attorney, Robert E. McGuire, 719 Church Street, Suite 3300, Nashville, Tennessee 37203; Assistant United States Attorney, Jason Harley, 210 Park Avenue, Suite 400, Oklahoma City, Oklahoma 73102.

                                                /s/ Sean Hecker