IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KILMAR ARMANDO ABREGO GARCIA,<br><br>*Defendant.* | No. 3:25-cr-115<br><br>Judge Waverly D. Crenshaw, Jr. |

## NOTICE OF CONSENT TO MOTION TO MODIFY RELEASE CONDITIONS

Kilmar Armando Abrego Garcia respectfully submits this notice in response to the Court's August 20, 2025 order (Dkt. 107). The defense has conferred with the government and Pretrial Services, and both have informed us that they do not oppose Mr. Abrego's motion (Dkt. 106) to modify the conditions of his release. As a result, the defense respectfully submits that a release order should issue, and that no hearing is necessary.

Dated: August 20, 2025
      New York, New York

Respectfully submitted,

/s/ Sean Hecker
Sean Hecker*
Jenna M. Dabbs*
David Patton*
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883
Fax: (212) 564-0883
shecker@heckerfink.com
jdabbs@heckerfink.com
dpatton@heckerfink.com

1

\* admitted *pro hac vice*

Rascoe Dean (No. 034209)
S<small>HERRARD</small> R<small>OE</small> V<small>OIGT</small> & H<small>ARBISON</small> PLLC
1600 West End Avenue, Suite 1750
Nashville, Tennessee 37203
Telephone: (615) 742-4200
Fax: (615) 742-4539
rdean@srvhlaw.com

*Counsel for Defendant Kilmar Armando Abrego Garcia*

### CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2025, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following: Acting United States Attorney, Robert E. McGuire, 719 Church Street, Suite 3300, Nashville, Tennessee 37203; Assistant United States Attorney, Jason Harley, 210 Park Avenue, Suite 400, Oklahoma City, Oklahoma 73102.

/s/ Sean Hecker