# EXHIBIT B



Thursday, August 21, 2025

Mrs. Jennifer L. Savage
Chargé d'Affaires
U.S. Embassy in Costa Rica

Dear Madam:

The Government of Costa Rica presents its compliments to the Embassy of the United States of American in San José, and wishes to express its willingness to accept the transfer from the United States to Costa Rica of Mr. Kilmar Armando Abrego Garcia upon the conclusion of any criminal sentence he may serve in the United States of America.

The Government of Costa Rica intends to provide refugee status or residency to Mr. Abrego Garcia upon his transfer to Costa Rica. The Government of Costa Rica assures the Government of the United States of America that, consistent with that lawful immigration status and Costa Rican law, it does not intend to detain Mr. Abrego Garcia upon his arrival in Costa Rica.

The Government of Costa Rica further assures the Government of the United States of America that it will not remove Mr. Abrego Garcia to any third country, including Mr. Abrego Garcia's home country, without Mr. Abrego Garcia's consent.

The Government of Costa Rica intends to treat Mr. Abrego Garcia in a manner that is consistent with its obligations under the Convention Relating to the Status of Refugees, done at Geneva on July 28, 1951; the Protocol Relating to the Status of Refugees, done at New York on January 31, 1967; the Convention against Torture

DESPACHO MINISTRO DE SEGURIDAD PÚBLICA
San José, Zapote, Barrio Córdoba, frente al Liceo Dr. José María Castro Madriz
Módulo A Daniel Oduber Quirós
despachoministro@msp.go.cr / www.seguridadpublica.go.cr
2690-4204
@seguridadcr

Case 3:25-cr-00115    Document 113-1    Filed 08/23/25    Page 2 of 3 PageID #: 1297

and Other Cruel, Inhuman or Degrading Treatment or Punishment, adopted in New York on December 10, 1984; any other international legal obligations; and the constitution, laws, regulations, and immigration and visa policies of Costa Rica. Consistent with this intention, the Government of Costa Rica assures the Government of the United States of America that it intends that Mr. Abrego Garcia will not be subjected to either torture or persecution on account of race, religion, nationality, membership in a particular social group, or political opinion.

The Government of Costa Rica avails itself of this opportunity to renew to the Embassy of the United States of America in San José the assurances of its highest consideration.

Lic. D. Mario E. Zamora Cordero
Ministry of Governance, Police and Public Security

DESPACHO MINISTRO DE SEGURIDAD PÚBLICA
San José, Zapote, Barrio Córdoba, frente al Liceo Dr. José María Castro Madriz
Módulo A Daniel Oduber Quirós
despachoministro@msp.go.cr / www.seguridadpublica.go.cr
2690-4204
@seguridadcr