# EXHIBIT B

 **Outlook**

### Re: U.S. v. Abrego Garcia

| | |
|---|---|
| **From** | Jenna Dabbs <jdabbs@heckerfink.com> |
| **Date** | Wed 7/9/2025 1:23 PM |
| **To** | McGuire, Robert (USATNM) <robert.mcguire@usdoj.gov>; jacob.warren@usdoj.gov <jacob.warren@usdoj.gov>; chris.eason@usdoj.gov <chris.eason@usdoj.gov>; jeremy.franker@usdoj.gov <jeremy.franker@usdoj.gov> |
| **Cc** | Sean Hecker <shecker@heckerfink.com>; David Patton <dpatton@heckerfink.com>; Rascoe Dean <rdean@srvhlaw.com> |

All, I'm writing to follow up on my email from last Thursday—would you please confirm that you will pass Judge Crenshaw's order on to your respective supervisory chains and any government agencies that are responsible for the case? If your position is that you will not, please let us know the basis for that. Thanks.

Best,
Jenna

**Jenna Dabbs | Hecker Fink LLP**
350 Fifth Avenue | 63rd Floor
New York, NY 10118
(W) 929.294.2540 | (M) 347.578.3070
jdabbs@heckerfink.com

---

**From:** Jenna Dabbs
**Sent:** Thursday, July 3, 2025 12:33:11 PM
**To:** McGuire, Robert (USATNM) <robert.mcguire@usdoj.gov>; jacob.warren@usdoj.gov <jacob.warren@usdoj.gov>; chris.eason@usdoj.gov <chris.eason@usdoj.gov>; jeremy.franker@usdoj.gov <jeremy.franker@usdoj.gov>
**Cc:** Sean Hecker <shecker@heckerfink.com>; David Patton <dpatton@heckerfink.com>; Rascoe Dean <rdean@srvhlaw.com>
**Subject:** U.S. v. Abrego Garcia

Hi all, would you please confirm that you will send Judge Crenshaw's order (Dkt. 73) to everyone in your respective supervisory chains, as well as to any government agencies or offices (as defined in Local Criminal Rule 2.01(a)(4)) involved in the case?

Thanks very much,
Jenna

**Jenna Dabbs | Hecker Fink LLP**
350 Fifth Avenue | 63rd Floor
New York, NY 10118
(W) 929.294.2540 | (M) 347.578.3070
jdabbs@heckerfink.com