IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:25-cr-00115 |
| | ) | |
| | ) | JUDGE CRENSHAW |
| | ) | |
| KILMAR ARMANDO ABREGO GARCIA | ) | |

## UNOPPOSED MOTION TO CONVERT STATUS CONFERENCE TO TELEPHONIC STATUS CONFERNCE

COMES NOW the United States of America, by and through Robert E. McGuire, Acting United States Attorney, and moves to convert the scheduled in-person status conference in this case, presently set for September 26, 2025, at 9:30 a.m. to a telephonic status conference. (DE # 115.)

For cause, the United States would note that the defendant is presently in the custody of the Department of Homeland Security (DHS) in Farmville, Virginia. The defendant has filed a *habeas corpus* claim in the District of Maryland in Case Number 8:25-cv-02780-PX. As a part of that claim, U.S. District Judge Paula Xinis has ordered an evidentiary hearing in Greenbelt, Maryland for October 6, 2025, at 10:00 a.m. and has further ordered that the Government "must ensure that [defendant] remains detained within 200 miles of the Greenbelt, Maryland courthouse." (*See Attachment 1*.)

The United States would submit that converting the September 26th status conference from an in-person conference to a telephonic conference would allow the defendant to participate in this proceeding while also complying with Judge Xinis' order in Maryland. Undersigned counsel has confirmed with DHS that the defendant would be able to participate by phone from his facility in Virginia. The logistics of providing interpretation services for the defendant on the conference call

1

still need to be addressed but undersigned counsel will work with the Court staff and DHS to accomplish that end.

Undersigned counsel has conferred with counsel for the defense who have no objection to this Motion.

Respectfully Submitted,

/s/ Robert E. McGuire
ROBERT E. McGUIRE
Acting United States Attorney
719 Church Street, Suite 3300
Nashville, TN  37203
