IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KILMAR ARMANDO ABREGO GARCIA,<br><br>*Defendant.* | No. 3:25-cr-115<br><br>Judge Waverly D. Crenshaw, Jr. |

### MOTION TO SEAL EXHIBITS TO DEFENDANT KILMAR ARMANDO ABREGO GARCIA'S REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS FOR VINDICTIVE AND SELECTIVE PROSECUTION

Kilmar Armando Abrego Garcia respectfully submits this motion to seal two exhibits appended to his reply memorandum of law, as well as the quotation of one exhibit therein, in support of his motion to dismiss for vindictive and selective prosecution. (*See* Dkt. 127 at 2). Though Mr. Abrego does not believe that the sealing of these materials, nor their redaction in his brief, is proper under the Local Rules or applicable law, he does so out of an abundance of caution and in accordance with the protective order in this case, which requires that "[a]ny filing of discovery materials must be done under seal pending further orders of this Court." (Dkt. 77 at 2).

1

Dated: September 22, 2025           Respectfully submitted,
        New York, New York

                                    /s/ Sean Hecker
                                    Sean Hecker*
                                    Jenna M. Dabbs*
                                    David Patton*
                                    HECKER FINK LLP
                                    350 Fifth Avenue, 63rd Floor
                                    New York, NY 10118
                                    Telephone: (212) 763-0883
                                    Fax: (212) 564-0883
                                    shecker@heckerfink.com
                                    jdabbs@heckerfink.com
                                    dpatton@heckerfink.com

                                    * admitted *pro hac vice*

                                    Rascoe Dean (No. 034209)
                                    SHERRARD ROE VOIGT & HARBISON PLLC
                                    1600 West End Avenue, Suite 1750
                                    Nashville, Tennessee 37203
                                    Telephone: (615) 742-4200
                                    Fax: (615) 742-4539
                                    rdean@srvhlaw.com

                                    *Counsel for Defendant Kilmar Armando Abrego Garcia*

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2025, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following: Acting United States Attorney, Robert E. McGuire, 719 Church Street, Suite 3300, Nashville, Tennessee 37203; Assistant United States Attorney, Jason Harley, 210 Park Avenue, Suite 400, Oklahoma City, Oklahoma 73102.

/s/ Sean Hecker