# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KILMAR ARMANDO ABREGO GARCIA,<br><br>*Defendant.* | No. 3:25-cr-115<br><br>Judge Waverly D. Crenshaw, Jr. |

## JOINT NOTICE OF FILING

The United States, by and through Acting United States Attorney Robert E. McGuire, and Defendant Kilmar Armando Abrego Garcia, by and through his undersigned counsel, hereby submit this Joint Notice of Filing in accordance with this Court's order. Dkt. 130. The defendant's July 13, 2025 discovery letter is attached as **Exhibit A** to this filing. The parties have had additional written correspondence regarding discovery since the defendant filed his Memorandum in Support of his Motion to Dismiss the Indictment, Dkt. 105, and they are prepared to submit that correspondence to the Court if requested.

Respectfully submitted,

/s/ Robert E. McGuire
Robert E. McGuire
Acting United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203

 /s/ Sean Hecker
Sean Hecker*
Jenna M. Dabbs*
David Patton*

H<small>ECKER</small> F<small>INK</small> LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883
Fax: (212) 564-0883
shecker@heckerfink.com
jdabbs@heckerfink.com
dpatton@heckerfink.com

\* admitted *pro hac vice*

Rascoe Dean (No. 034209)
S<small>HERRARD</small> R<small>OE</small> V<small>OIGT</small> & H<small>ARBISON</small> PLLC
1600 West End Avenue, Suite 1750
Nashville, Tennessee 37203
Telephone: (615) 742-4200
Fax: (615) 742-4539
rdean@srvhlaw.com

*Counsel for Defendant Kilmar Armando Abrego Garcia*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2025, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following: Acting United States Attorney, Robert E. McGuire, 719 Church Street, Suite 3300, Nashville, Tennessee 37203; Assistant United States Attorney, Jason Harley, 210 Park Avenue, Suite 400, Oklahoma City, Oklahoma 73102.

/s/ Sean Hecker