IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KILMAR ARMANDO ABREGO GARCIA,<br><br>*Defendant.* | No. 3:25-cr-115<br><br>Judge Waverly D. Crenshaw, Jr. |

**Report of Sean Hecker Regarding Compliance with Court Order Regarding Extrajudicial Statements and Local Criminal Rule 2.01(a)(1) & (a)(4)**

As counsel of record for Kilmar Armando Abrego Garcia and in accordance with the Court's Order dated September 26, 2025 (Dkt. 132), I affirm my compliance with the Court's Order dated July 31, 2025 (Dkt. 101), Local Criminal Rule 2.01(a)(1) & (a)(4), and Tennessee Rule of Professional Conduct 3.6.[1]

Though I have made statements to the press regarding this case, those statements have been limited, in accordance with Local Criminal Rule 2.01(a)(3), to those necessary to protect Mr. Abrego from substantial undue prejudice resulting from statements made by government representatives about Mr. Abrego. I have never authorized any other member of my firm or any other agent or employee to make any prejudicial extrajudicial statements about this case, nor would I ever do so, and if any such statements exist, I am unaware of them. *See* Local Criminal Rule 2.01(a)(4).

---

[1] I affirm my compliance with Tennessee Rule of Professional Conduct 3.6, rather than Rule 3.8(f), which applies only to prosecutors.

Dated: October 1, 2025　　　　　　　　　　Respectfully submitted,
　　　New York, New York

　　　　　　　　　　　　　　　　　　　　/s/ Sean Hecker
　　　　　　　　　　　　　　　　　　　　Sean Hecker*
　　　　　　　　　　　　　　　　　　　　HECKER FINK LLP
　　　　　　　　　　　　　　　　　　　　350 Fifth Avenue, 63rd Floor
　　　　　　　　　　　　　　　　　　　　New York, NY 10118
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 763-0883
　　　　　　　　　　　　　　　　　　　　Fax: (212) 564-0883
　　　　　　　　　　　　　　　　　　　　shecker@heckerfink.com

　　　　　　　　　　　　　　　　　　　　* admitted *pro hac vice*

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Kilmar Armando Abrego Garcia*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2025, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following: Acting United States Attorney, Robert E. McGuire, 719 Church Street, Suite 3300, Nashville, Tennessee 37203; Assistant United States Attorney, Jason Harley, 210 Park Avenue, Suite 400, Oklahoma City, Oklahoma 73102.

/s/ Sean Hecker