IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KILMAR ARMANDO ABREGO GARCIA,<br><br>*Defendant.* | No. 3:25-cr-115<br><br>Judge Waverly D. Crenshaw, Jr. |

**Report of Jenna M. Dabbs Regarding Compliance with Court Order Regarding Extrajudicial Statements and Local Criminal Rule 2.01(a)(1) & (a)(4)**

As counsel of record for Kilmar Armando Abrego Garcia and in accordance with the Court's Order dated September 26, 2025 (Dkt. 132), I affirm my compliance with the Court's Order dated July 31, 2025 (Dkt. 101), Local Criminal Rule 2.01(a)(1) & (a)(4), and Tennessee Rule of Professional Conduct 3.6.[1]

I have not made any statements about the case for dissemination to the public, nor have I directed or authorized any other member of my firm or any other agent or employee of the defense to do so. *See* Local Criminal Rule 2.01(a)(4). To the extent any of my colleagues have made statements to the press about this case, the statements have complied with Rule 2.01 and have been limited, in accordance with Rule 2.01(a)(3), to those necessary to protect Mr. Abrego from substantial undue prejudice resulting from statements made by government representatives about Mr. Abrego.

---

[1] I affirm my compliance with Tennessee Rule of Professional Conduct 3.6, rather than Rule 3.8(f), which applies only to prosecutors.

Dated: October 1, 2025  Respectfully submitted,
    New York, New York

/s/ Jenna M. Dabbs
Jenna M. Dabbs*
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883
Fax: (212) 564-0883
jdabbs@heckerfink.com

* admitted *pro hac vice*

*Counsel for Defendant Kilmar Armando Abrego Garcia*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2025, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following: Acting United States Attorney, Robert E. McGuire, 719 Church Street, Suite 3300, Nashville, Tennessee 37203; Assistant United States Attorney, Jason Harley, 210 Park Avenue, Suite 400, Oklahoma City, Oklahoma 73102.

/s/ Jenna M. Dabbs