UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Motion (142) is **GRANTED** and the appearance of David Patton is waived for the status conference on Oct. 10, 2025.

*Waverly D. Crenshaw, Jr.*
US DISTRICT JUDGE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KILMAR ARMANDO ABREGO GARCIA,<br><br>*Defendant.* | No. 3:25-cr-115<br><br>Judge Waverly D. Crenshaw, Jr. |

# MOTION TO EXCUSE ATTORNEY APPEARANCE

David Patton, counsel to Defendant Kilmar Armando Abrego Garcia, respectfully requests that this Court excuse him from appearing at the status conference set for Friday, October 10, 2025, at 9:00 a.m. (Dkt. 140). As cause, undersigned counsel submits that he will be traveling to Washington, D.C., for a previous work obligation on Friday, October 10, 2025. Undersigned counsel's co-counsel, Jenna Dabbs and Rascoe Dean, will be present at the hearing to represent Mr. Abrego. Undersigned counsel therefore respectfully requests that this Court excuse his appearance at the status conference.

Dated: October 8, 2025
      New York, New York

Respectfully submitted,

/s/ David Patton
Sean Hecker*
Jenna M. Dabbs*
David Patton*
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883
Fax: (212) 564-0883
shecker@heckerfink.com

1