# EXHIBIT G

Generated at 09/10/2025

Report Generated by : JJ10557@TN.GOV

**Request Number:** ALL     **Date Requested Range:** 11

**Request Type :** ALL     **County :** PU

**Activity :** ALL     **Requestor:** AL

| Date and Approximate Time of Entry | Name | County / Org / Acty | Route Type | Begin Log Mile | End Log Mile |
|---|---|---|---|---|---|
| 11/30/2022 11:02 AM | - | PUTNAM<br>DIST 37 MNTCE - DAVIDSON CO<br>495 - RDWY INSPECT+SPCL LITTER | Interstate | 279.9 | 280.1 |

**STATE OF TENNESSEE**

Work Request Tracking

/27/2022 - 12/2/2022                                              **Route:** I0040

JTNAM                                                              **Begin MP :** ALL

.L                                                                 **End MP:** ALL

| Interstate or Route Name | Work Request Number | Description / Location /Assessment | Completed | Completion Date |
|---|---|---|---|---|
| I0040 BOTH | 58188 | DEAD COYOTE<br>PUTNAM COUNTY CREW WENT OUT AND PICKED IT UP.<br>I-40 RIGHT BEFORE THE 280 LM | Yes | 11/30/2022 12:00:00 AM |

| Contract Field | Priority |
|---|---|
| N | |