# EXHIBIT H



October 2, 2025

Ashley Collins
P.O. Box 68192
Nashville, TN 37206                                                                                                        **VIA E-MAIL**
E-mail: ac@akinvestigations.com

Dear Ms. Collins,

On September 12, 2025, the Tennessee Department of Safety & Homeland Security received your Public Records request for the documents identified on the attached form. On September 23, 2025, this Office informed you that it was in the process of retrieving the requested records.

Tennessee Code Annotated § 10-7-503(a) provides the following:

(2)(B)  The custodian of a public record or the custodian's designee shall promptly make available for inspection any public record not specifically exempt from disclosure. In the event it is not practicable for the record to be promptly available for inspection, the custodian shall within seven (7) business days:
  (i)  Make such information available to the requestor;
  **(ii)  Deny the request in writing or by completing a records request response form developed by the office of open records counsel. The response shall include the basis for the denial; or [emphasis added]**
  (iii)  Furnish the requestor a completed records request response form developed by the office of open records counsel stating the time reasonably necessary to produce such record or information.

This Office has completed the process of retrieving and reviewing the responsive documents. Your request has produced zero (0) pages of AVL data and zero (0) pages of MDT data. This Department must deny your request on the grounds that responsive records do not exist.

If you have any additional questions, please feel free to contact me.

Sincerely,

*Casey Goggin*                                                *Mary Petersen*

Casey Goggin                                                    Mary Petersen
Senior Associate Counsel                              Associate Counsel

Legal Division • 312 Rosa L Parks Avenue, 25th Floor • Nashville, TN 37243
Tel: 615-917-5370 Tel: 615-630-2931• Fax: 615-253-2091 • tn.gov/safety

22-057620
Case 3:25-cr-00115     Document 151-8     Filed 10/10/25     Page 2 of 3 PageID #: 1596



# TENNESSEE DEPARTMENT OF SAFETY AND HOMELAND SECURITY
# PUBLIC RECORDS REQUEST

*The Tennessee Public Records Act (TPRA) grants Tennessee citizens the right to access open public records that exist at the time of the request. The TPRA does not require records custodians to compile information or create or recreate records that do not exist.*

**To:** Tennessee Highway Patrol
Public Records Request Coordinator, Tennessee Department of Safety & Homeland Security

**From:** Ashley Collins [Requestor Name]
PO Box 68192, Nashville, TN, 37206 [Mailing Address]
615-873-0596 [Phone Number with Area Code]
ac@akinvestigations.com [E-mail Address]

*Please provide either a mailing address, phone number, or email address so we may contact you with any questions or responses to this request.*

Is the requestor a Tennessee citizen? ☒ Yes ☐ No
*Proof of Tennessee citizenship must be provided.*

**Request:**
☐ **Inspection** (The TPRA does not permit fees or require a written request for inspection only – however information to comply with Tennessee Code Annotated (TCA) §10-7-503(g) must be provided to view law enforcement personnel or ISB files.)

☒ **Copy/Duplicate** - If costs for copies are assessed, the requestor has a right to receive an estimate. Do you wish to waive your right to an estimate and agree to pay copying and duplication costs in an amount not to exceed $____? If so, initial here: _____.

**Delivery preference:** ☐ On-Site Pick-Up  ☐ USPS First Class Mail  ☒ Electronic
☐ Other: _____

**Records Requested:** *Provide a detailed description below of the record(s) requested, including: (1) type of record; (2) timeframe or dates for the records sought; and (3) subject matter or key words related to the records. Under the TPRA, record requests must be sufficiently detailed to enable a governmental entity to identify the specific records sought. As such, your record request must provide enough detail to enable the records custodian responding to the request to identify the specific records you are seeking.*

AVL and MDT Data: Any and all Automatic Vehicle Location (AVL) and Mobile Data Terminal (MDT) records for Officer Joshua Brawner (or patrol vehicle who conducted traffic stop: REN# 22-057620) from one (1) hour prior to and two (2) hours after the traffic stop of Kilmar Abrego Garcia on 11/30/22, including but not limited to GPS coordinates, speed of the patrol vehicle, activation of emergency lights/sirens, and activity/event logs.

*Ashley Collins*  9/12/2025
Signature of Requestor/Date Submitted    Signature of Public Records Request Coordinator/Date Received

SF-1565                                                                                       RDA SW35