IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KILMAR ARMANDO ABREGO GARCIA,<br><br>*Defendant.* | No. 3:25-cr-115<br><br>Judge Waverly D. Crenshaw, Jr. |

**MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS TO MOTION TO SUPPRESS TRAFFIC STOP AND FRUITS THEREOF AND TO MANUALLY FILE UNDER SEAL CERTAIN EXHIBITS**

Kilmar Armando Abrego Garcia respectfully requests leave to file under seal Exhibits A, B, and I to his Motion to Suppress Traffic Stop and Fruits Thereof. Though Mr. Abrego does not believe that the sealing of these materials is proper under the Local Rules or applicable law, he does so out of an abundance of caution and in accordance with the protective order in this case, which requires that "[a]ny filing of discovery materials must be done under seal pending further orders of this Court." (Dkt. 77 at 2).

Mr. Abrego further requests leave to file Exhibits A and I manually, which are, respectively, a video recording and audio recording. With the Court's permission, these materials will be provided on a USB flash drive.

1

Dated: October 10, 2025
       New York, New York

Respectfully submitted,

/s/ Sean Hecker
Sean Hecker*
Jenna M. Dabbs*
David Patton*
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883
Fax: (212) 564-0883
shecker@heckerfink.com
jdabbs@heckerfink.com
dpatton@heckerfink.com

* admitted *pro hac vice*

Rascoe Dean (No. 034209)
SHERRARD ROE VOIGT & HARBISON PLLC
1600 West End Avenue, Suite 1750
Nashville, Tennessee 37203
Telephone: (615) 742-4200
Fax: (615) 742-4539
rdean@srvhlaw.com

*Counsel for Defendant Kilmar Armando Abrego Garcia*

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2025, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following: Acting United States Attorney, Robert E. McGuire, 719 Church Street, Suite 3300, Nashville, Tennessee 37203; Assistant United States Attorney, Jason Harley, 210 Park Avenue, Suite 400, Oklahoma City, Oklahoma 73102.

A copy of the sealed exhibit to be electronically filed referenced in the foregoing document has been emailed to Mr. McGuire. Copies of the sealed exhibits to be manually filed have been hand delivered to Mr. McGuire.

/s/ Sean Hecker