# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | NO. 3:25-cr-00115 |
| KILMAR ARMANDO ABREGO ) | |
| GARCIA, ) | |
| Defendant. ) | |

## ORDER

On October 10, 2025, the Court held a status conference on: (1) Defendant's pending Motion to Dismiss the Indictment for Vindictive Prosecution (Doc. No. 104), related discovery issues, and the forthcoming evidentiary hearing; (2) whether the parties intend to file pretrial motions by the October 10th deadline per the Scheduling Order (Doc. No. 103); (3) Defendant's pending Motion for a Gag Order (Doc. No. 118) and the Government's anticipated response; and (4) the juror questionnaire. Since then, Defendant has filed several pretrial motions. (Doc. Nos. 151-52, 154-56, 158-59). This Order memorializes the deadlines set by the Court at the October 10th Status Conference and confirms the briefing scheduling for Defendant's pretrial motions.

1. **Motion to Dismiss for Vindictive Prosecution**

The hearing on Defendant's Motion to Dismiss the Indictment is set on **November 3, 2025, at 9:00 a.m.** The parties shall file their witness and exhibit lists for the hearing and pre-hearing briefs by **October 30, 2025, at 10:00 a.m.** The parties' witness lists should contain a short description of each witness's expected testimony. The pre-hearing briefs should discuss, among other things: (1) the burden of proof, including who bears what burden and when; and (2) whether

vindictive prosecution case law creates a burden-shifting framework, and if so, how that framework operates.

2. **Motion to Compel**

At the status conference, Defendant telegraphed that he would file a motion to compel discovery related to his Motion to Dismiss for Vindictive Prosecution. He filed such a motion on October 13, 2025. (Doc. No. 159). The government shall have until **October 20, 2025 at 9:00 a.m.**, to respond to Defendant's Motion to Compel. Defendant's reply, if any, is due on **October 22, 2025 at 5:00 p.m.**

3. **Other Pretrial Motions**

At the status conference, the Government indicated it would not file any pretrial motions. It did not. Defendant indicated he would file three pretrials motions: (1) a motion to suppress related to the November 2022 traffic stop; (2) a motion to suppress any statements made by Defendant during a custodial interview in March 2025; and (3) a motion to strike surplusage in the indictment. Defendant, as represented, filed two Motions to Suppress (Doc. Nos. 151 and 155) and a Motion to Strike Surplusage (Doc. No. 158). As set in the August 7, 2025 Scheduling Order (Doc. No. 103), responses to pretrial motions are due on **October 24, 2025**, and replies are due on **October 31, 2025**.

4. **Defendant's Motion for a Gag Order**

The Government filed its response to Defendant's Motion for a Gag Order by the October 10th deadline. (Doc. No. 149). Defendant's reply, if any, is due by **October 17, 2025 at 5:00 p.m.**

5. **Juror Questionnaire**

The parties represented that they met-and-conferred on the juror questionnaire. The parties shall file the proposed juror questionnaire, noting their areas of agreement and disagreement, by

2

**October 17, 2025**. The Court will review the parties' proposed questionnaire, including any disputes. A status conference to discuss the juror questionnaire was originally scheduled for **November 3, 2025**; however, the Court may accelerate the jury questionnaire status conference depending on the scope of disagreement.

    **6. Future Status Reports**

Finally, the parties shall file a joint status report on October 17, 2025, as set forth in the Scheduling Order (Doc. No. 103).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE