IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:25-cr-00115 |
| | ) | |
| | ) | JUDGE CRENSHAW |
| | ) | |
| KILMAR ARMANDO ABREGO GARCIA | ) | |

## GOVERNMENT'S STATUS REPORT

COMES NOW the United States of America, by and through Jason M. Harley, Trial Attorney, Joint Task Force Vulcan, and submits the following Status Report pursuant to this Court's October 10, 2025 Order (Doc. No. 150).

1. Mr. McGuire and Defendant's counsel conferred about outstanding discovery as directed. Some of the sought discovery is currently the subject of the Defendant's Motion to Compel (Doc No. 159) which was filed after the Court's Order and after the parties conferred. [1]

2. On October 17, 2025, the Government received the Defendant's additions and corrections to the proposed jury questionnaire. With Mr. McGuire out of town, the parties will review, confer, and file any objections or recommended changes during the week of October 20, 2025.

3. The Government is diligently working on responses to the Defendant's motions (Docs. No. 151, 155, 158) and will respond according to the Court's deadlines.

Respectfully Submitted,

 */s/ Jason Harley*
JASON M. HARLEY
Trial Attorney, Joint Task Force Vulcan
*Pro Hac Vice*
719 Church St., Suite 3300
Nashville, TN 37203

---

[1] The Government notes that the October 10, 2025 contemplated a joint response. However, given the parties' current positions on discoverable material and the outstanding motions, on October 17, 2025 the parties conferred and agreed upon separate filings. If the Court mandates a combined filing, the parties will work diligently to comply.

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2025, I electronically filed this document with the clerk of the court by using the CM/ECF system, which sends a notice of the filing to the following counsel for Defendant: Rascoe S. Dean, David Patton, Jenna M. Dabbs, and Sean Hecker.

/s/ Jason Harley
JASON M. HARLEY
Trial Attorney, Joint Task Force Vulcan
*Pro Hac Vice*
719 Church St., Suite 3300
Nashville, TN 37203

2