**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KILMAR ARMANDO ABREGO GARCIA,<br><br>*Defendant.* | No. 3:25-cr-115<br><br>Judge Waverly D. Crenshaw, Jr. |

## NOTICE REGARDING DEFENDANT KILMAR ARMANDO ABREGO GARCIA'S PROPOSED JUROR QUESTIONNAIRE

In accordance with the Scheduling Order entered on August 7, 2025 (Dkt. 103) and the Court's Order entered on October 14, 2025 (Dkt. 162), Defendant Kilmar Armando Abrego Garcia hereby provides Notice of Filing of his proposed juror questionnaire, which is attached to this Notice as Exhibit A.

Mr. Abrego's proposed juror questionnaire reflects the defense's revisions to the draft juror questionnaire that the government shared with the defense on October 15, 2025. We shared the revised questionnaire with the government earlier today and understand that the government is still reviewing.

Dated: October 17, 2025               Respectfully submitted,
      New York, New York

                                    /s/ Sean Hecker
                                    Sean Hecker*
                                    Jenna M. Dabbs*
                                    David Patton*
                                    HECKER FINK LLP
                                    350 Fifth Avenue, 63rd Floor
                                    New York, NY 10118
                                    Telephone: (212) 763-0883
                                    Fax: (212) 564-0883

shecker@heckerfink.com
jdabbs@heckerfink.com
dpatton@heckerfink.com

\* admitted *pro hac vice*

Rascoe Dean (No. 034209)
SHERRARD ROE VOIGT & HARBISON PLLC
1600 West End Avenue, Suite 1750
Nashville, Tennessee 37203
Telephone: (615) 742-4200
Fax: (615) 742-4539
rdean@srvhlaw.com

*Counsel for Defendant Kilmar Armando
Abrego Garcia*

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2025, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following: Acting United States Attorney, Robert E. McGuire, 719 Church Street, Suite 3300, Nashville, Tennessee 37203; Assistant United States Attorney, Jason Harley, 210 Park Avenue, Suite 400, Oklahoma City, Oklahoma 73102.

/s/ Sean Hecker