

Case 3:25-cr-00115  Document 175-1  Filed 10/22/25  Page 1 of 1 PageID #: 1777