IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 3:25-cr-115 |
| KILMAR ARMANDO ABREGO GARCIA, | Judge Waverly D. Crenshaw, Jr. |
| *Defendant.* | |

**MOTION FOR LEAVE OF COURT TO APPEAR
TELEPHONICALLY AT COUNSEL-ONLY CONFERENCE**

Sean Hecker, Jenna Dabbs, and David Patton, counsel to Defendant Kilmar Armando Abrego Garcia, respectfully request that the Court permit them to appear telephonically at the counsel-only conference set for Friday, October 31, 2025, at 1:00 p.m. (Dkt. 191). With sincere apologies to the Court, undersigned counsel are all presently located outside the Middle District of Tennessee and have preexisting obligations that complicate travel to Nashville on short notice. Given the importance of the issues to be discussed, it is preferable for all counsel to be able to attend the conference. Rascoe Dean will be present in person at the conference.

Dated: October 30, 2025
      New York, New York

Respectfully submitted,

/s/ Sean Hecker
Sean Hecker*
Jenna M. Dabbs*
David Patton*
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883

1

Fax: (212) 564-0883
shecker@heckerfink.com
jdabbs@heckerfink.com
dpatton@heckerfink.com

\* admitted *pro hac vice*

*Counsel for Defendant Kilmar Armando Abrego Garcia*

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2025, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following: Acting United States Attorney, Robert E. McGuire, 719 Church Street, Suite 3300, Nashville, Tennessee 37203; Assistant United States Attorney, Jason Harley, 210 Park Avenue, Suite 400, Oklahoma City, Oklahoma 73102.

/s/ Sean Hecker