IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KILMAR ARMANDO ABREGO GARCIA,<br><br>*Defendant.* | No. 3:25-cr-115<br><br>Judge Waverly D. Crenshaw, Jr. |

## MOTION TO EXCUSE ATTORNEY APPEARANCE

Jenna Dabbs, counsel to Defendant Kilmar Armando Abrego Garcia, respectfully requests that this Court excuse her from appearing at the counsel-only conference set for Friday, October 31, 2025, at 1:00 p.m. (Dkt. 191). As cause, undersigned counsel submits, with apologies, that her flight to Nashville, Tennessee, on the morning of October 31 was repeatedly delayed, and she will therefore be unable to travel to the Middle District of Tennessee in time for the scheduled conference. Undersigned counsel's co-counsel, Rascoe Dean, will be present at the hearing to represent Mr. Abrego. Undersigned counsel therefore respectfully requests that this Court excuse her appearance at the conference.

1

Dated: October 31, 2025  
      New York, New York

Respectfully submitted,

/s/ Jenna Dabbs
Sean Hecker*
Jenna M. Dabbs*
David Patton*
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883
Fax: (212) 564-0883
shecker@heckerfink.com
jdabbs@heckerfink.com
dpatton@heckerfink.com

* admitted *pro hac vice*

Rascoe Dean (No. 034209)
SHERRARD ROE VOIGT & HARBISON PLLC
1600 West End Avenue, Suite 1750
Nashville, Tennessee 37203
Telephone: (615) 742-4200
Fax: (615) 742-4539
rdean@srvhlaw.com

*Counsel for Defendant Kilmar Armando Abrego Garcia*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 31, 2025, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following: Acting United States Attorney, Robert E. McGuire, 719 Church Street, Suite 3300, Nashville, Tennessee 37203; Assistant United States Attorney, Jason Harley, 210 Park Avenue, Suite 400, Oklahoma City, Oklahoma 73102.

                                                            /s/ Jenna Dabbs

3

Case 3:25-cr-00115    Document 203    Filed 10/31/25    Page 3 of 3 PageID #: 1939