IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

> Motion (201) is **GRANTED** and the appearance of Sean Hacker and David Patton is excused at the status conference set for Oct. 31, 2025, at 1:00 p.m.
>
> *Waverly D. Crenshaw, Jr.*
> US DISTRICT JUDGE

UNITED STATES OF AMERICA

v.

KILMAR ARMANDO ABREGO GARCIA,

*Defendant.*

No. 3:25-cr-115

Judge Waverly D. Crenshaw, Jr.

## MOTION TO EXCUSE ATTORNEY APPEARANCE

Earlier this afternoon, Sean Hecker, Jenna Dabbs, and David Patton, counsel to Defendant Kilmar Armando Abrego Garcia, filed a motion to appear telephonically at the counsel-only conference set for Friday, October 31, 2025, at 1:00 p.m, which remains pending before the Court. (Dkt. 200). Although undersigned counsel respectfully believe that the attendance of all defense counsel is preferable, out of an abundance of caution, and should the Court determine that counsel may not appear telephonically, undersigned counsel respectfully request that the Court excuse Mr. Hecker and Mr. Patton from appearing at the counsel-only conference. As cause, undersigned counsel submits, with apologies, that preexisting work obligations prevent Mr. Hecker and Mr. Patton from travelling to the Middle District of Tennessee. Ms. Dabbs and Rascoe Dean will be present at the hearing to represent Mr. Abrego.

Dated: October 30, 2025  
      New York, New York

Respectfully submitted,

/s/ Sean Hecker
Sean Hecker*
Jenna M. Dabbs*
David Patton*
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883
Fax: (212) 564-0883
shecker@heckerfink.com
jdabbs@heckerfink.com
dpatton@heckerfink.com

* admitted *pro hac vice*

Rascoe Dean (No. 034209)
SHERRARD ROE VOIGT & HARBISON PLLC
1600 West End Avenue, Suite 1750
Nashville, Tennessee 37203
Telephone: (615) 742-4200
Fax: (615) 742-4539
rdean@srvhlaw.com

*Counsel for Defendant Kilmar Armando Abrego Garcia*

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2025, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following: Acting United States Attorney, Robert E. McGuire, 719 Church Street, Suite 3300, Nashville, Tennessee 37203; Assistant United States Attorney, Jason Harley, 210 Park Avenue, Suite 400, Oklahoma City, Oklahoma 73102.

/s/ Sean Hecker