# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

**UNITED STATES OF AMERICA**
V.

KILMAR ABREGO GARCIA

(list each defendant appearing at hearing)

Case No.: 3:25-CR-115
Judge: Waverly D. Crenshaw, Jr.
Hearing Date: 10/31/2025
Location: ☒ Nashville  ☐ Columbia  ☐ Cookeville
Court Reporter: LISE MATTHEWS
Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): ROBERT MCGUIRE

Defense Attorney(s): RASCOE DEAN

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☒
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

- A status conference was held on October 31, 2025.
- The evidentiary hearing on Nov. 4 and 5 is reset to Dec. 8 and 9, 2025, at 9:00 a.m.
- The Court will file on the record, under seal, bates stamp 1-190 documents received from Government. Going forward, the Government should file additional bate stamped documents on the record, under seal.
- By Dec. 1, 2025, the revised witness and exhibit list for the evidentiary hearing shall be filed. Also by Dec. 1, 2025, the final juror questionnaire shall be ready to go.
- Order to enter

Total Time in Court: 33 minutes

Clerk of Court
by: MELISSA SEAY