

# Carla M. Rexing

Special Agent, Federal Bureau of Investigation
2868 Elm Hill Pike
Nashville, TN 37214
cmrexing@fbi.gov

---

**PROFESSIONAL EXPERIENCE**

---

**Special Agent** 2017 – Present
Federal Bureau of Investigation

2025 – Present (FBI HQ - Cellular Analysis Survey Team Unit):

- Assigned as an FBI National Asset in the Cellular Analysis Survey Team (CAST) Unit, a specialized unit that provides technical expertise, case consultation, and instruction in the analysis of historical call detail records (CDRs), cell site location information, and other forms of geolocation information. Provide cellular record analysis and technological assistance to local, state, and federal law enforcement partners, including mapping and analyzing records.
- 

2017 – 2025 (Nashville Division):

- Responsible for investigating criminal enterprises, street gangs, robberies, kidnappings, fugitives, crimes against children, human trafficking, and other violent crimes. Served as the Violent Crime Gang Task Force Coordinator and Child Exploitation and Human Trafficking Task Force Coordinator. Also responsible for investigating cyber attacks and intrusions affecting or compromising US networks, financial and intellectual property, and critical infrastructure for the Cyber Task Force.

- Certified member of FBI CAST, a specialized unit that provides technical expertise, case consultation, and instruction in the analysis of historical call detail records (CDRs), cell site location information, and other forms of geolocation information. Provide cellular record analysis and technological assistance to local, state, and federal law enforcement partners, including mapping and analyzing records.

2015 – 2025 (Nashville Division):

- *Member of Evidence Response Team*. Responsible for providing assistance in evidence identification, collection, and preservation. Primary operator of total station diagramming and surveying equipment.

**Intelligence Analyst** 2009 – 2017
Federal Bureau of Investigation

2012 – 2017 (Memphis Division – Nashville Resident Agency): *Domain Management Coordinator/Geospatial Analyst.* Responsible for developing and maintaining baseline domain awareness for the Counterintelligence, Counterterrorism, Criminal, Cyber, and Weapons of Mass Destruction programs for the Memphis Division. Also responsible for exploiting and analyzing geospatial information and imagery to describe, assess, and visually depict features and geographically referenced activities in support of domain awareness and investigations.

2010 – 2012 (Directorate of Intelligence's SWRIG, El Paso, TX): *Intelligence Analyst/Geospatial Analyst.* Responsible for developing and maintaining baseline domain awareness for the Cyber and Counterintelligence programs for eight southwest FBI field offices. Also responsible for exploiting and analyzing geospatial information and imagery to describe, assess, and visually depict features and geographically referenced activities in support of domain awareness and investigations.

2009 – 2010 (Cleveland Division): *Collection Management Team.* Responsible for receiving and analyzing information assessing the office collection capabilities, facilitate requests for information to fill collection gaps, and evaluate incoming intelligence information to fulfill collection requirements.

**Staff Accountant**  2008 – 2009
Laudato and Company
Concord, OH

Responsible for daily account activities to include preparation of month end journal entries; analyzing and reconciling cash accounts; maintaining fixed asset depreciation schedules; and preparing financial statements.

**Psychological Operations Specialist**  2003 – 2006
United States Army
Parma, OH

Assigned to the 2nd Psychological Operations Group, 321st Psychological Operations Company, Reserve Unit, Parma, OH. Responsible for preparing intelligence reports, maps, and charts in support of psychological operations; analyzing intelligence to determine targets; and identifying psychological vulnerabilities and susceptibilities of targets.

## EDUCATION

University of Colorado, Denver, CO
Master of Engineering – Civil Engineering/Geomatics and Geographic Information Systems
Graduated: 2024

Myers University, Cleveland, OH
Bachelor of Science – Forensic Accounting, Honors: Summa Cum Laude
Graduated: 2008

Lakeland Community College, Kirtland, OH
Associate of Science – Criminal Justice, Honors: Cum Laude
Graduated: 2006

## PROFESSIONAL TRAINING

| | |
|---|---|
| 2018 | Instructional Strategies Course – Adjunct Faculty Instructor for CAST and Geospatial Courses |
| 2016 | FBI Basic Evidence Response Team Course |
| 2016 | Presentation Skills Course |
| 2015 | FBI Intelligence Analyst Assessor Certification Course |
| 2010 | FBI Basic Crisis Negotiation Course |
| 2009 | FBI Basic Intelligence Course |
| 2004 | Psychological Operations Specialist School, Ft. Bragg, NC, United States Army |
| 2003 | Basic Combat Training, Ft. Jackson, SC, United States Army |

## GEOSPATIAL, CELLULAR TECHNOLOGY, and FORENSICS TRAINING & EXPERIENCE

*FBI Cellular Analysis Survey Team*

Multi-phase certification comprised of over 200 hours of training for cellular historical and real-time analysis, advanced cellular historical and real-time analysis, operational readiness assessment, and certification on topics of radio frequency (RF) theory and technology; cellular networks and RF theory from the Florida Institute of Technology; GSM, CDMA, UMTS, LTE, and 5G cellular protocols; mapping functions and location-based services; and drive test tools.

FBI CAST Certification Course (2022): Instruction on cellular systems, including RF technology and propagation, cellular network architecture, cellular technologies (GSM, CDMA, UMTS, LTE), cellular network measurements, and location-based services by the Florida Institute of Technology. Instruction from major cellular service providers (AT&T, Sprint/T-Mobile, Verizon, US Cellular) on the company's respective technologies, records, and equipment. Instruction and usage of the Gladiator Autonomous Receiver (GAR) drive test tool/equipment, practical hands-on applications, and legal training.

FBI CAST Critical Incident Readiness Assessment Course (2018, 2019, 2022): Practical case scenarios requiring the usage of cellular telephone call detail records and tower records along with an understanding of cellular theory to identify, solve, and create a report regarding the specific case.

FBI CAST Advanced Course (2016, 2022): Advanced analysis of cellular telephone call detail records and cellular theory, the usage of cellular call detail records in various case studies and the creation of cellular analysis reports.

FBI Project PinPoint Cellular Analysis Survey Team (2015): Analysis of cellular telephone call detail records to find locations, patterns of life, and common called telephone numbers.

*Other Relevant Training*

| | |
|---|---|
| 2025 | FBI CART Tech and DExT Re-certification |
| 2025 | FBI CAST Re-certification |
| 2024 | FBI CART Tech and DExT Re-certification |
| 2024 | FBI CAST Re-certification |
| 2023 | FBI CART Tech and DExT Re-certification |
| 2023 | FBI CAST Re-certification |
| 2022 | FBI CART Tech and DExT Re-certification |
| 2022 | Network Design and Analysis, Wireless Networking |
| 2021 | FBI CART Tech and DExT Re-certification |
| 2021 | ESPA and GAR Certification, Gladiator Forensics |
| 2021 | Criminal Investigations Using Cellular Technologies SME Course for CDRs and Geolocation |
| 2021 | Criminal Investigations Using Cellular Technologies |
| 2020 | Cellebrite Certified Operator |
| 2020 | FBI CART Tech and DExT Certification |
| 2017 | FBI Intermediate Total Station Diagramming |
| 2016 | FBI Introduction to Total Station Diagramming |
| 2016 | Basic Cellular Telephone Technology & Mapping Foundations Online Course |
| 2015 | FBI/ESRI ArcGIS Desktop 3 Course (Advanced) |
| 2015 | ESRI Network Analyst Online Training Seminar |
| 2014 | ESRI Spatial Analyst Online Training Seminar |
| 2012 | FBI Intermediate Geospatial Tools and Techniques Using ArcGIS Course |
| 2010 | FBI Introduction to ArcGIS for GEOINT Course |
| 2010 | FBI Introduction to Geospatial Intelligence Course |

**COURTROOM EXPERIENCE/EXPERT TESTIMONY**

| | |
|---|---|
| 2025 | *State of Tennessee v. Andre Grier* – Hamilton County Circuit Court |
| 2025 | *State of Tennessee v. Juan Montoya* – Davidson County Criminal Court |
| 2025 | *USA v. Robert Haley, et al.* – U.S. District Court for the Western District of Tennessee |
| 2025 | *USA v. Vincent Grant* – U.S. District Court for the Western District of Tennessee |
| 2025 | *State of Tennessee v. Gregory Moore* – Hardin County Circuit Court |
| 2024 | *USA v. Pierre Burns* – U.S. District Court for the Middle District of Tennessee |
| 2024 | *State of Tennessee v. David Swift* – Weakley Co. Court |
| 2024 | *State of Georgia v. Malisha Sasfra* – Stone Mountain Judicial Circuit, DeKalb County Georgia |
| 2024 | *State of Florida v. Javorice Tramel* – 10th Judicial Circuit for Polk County |
| 2024 | *USA v. Justin Carroll* – U.S. District Court for the Middle District of Tennessee |
| 2024 | *USA v. Marchello Moore* – U.S. District Court for the Western District of Tennessee |
| 2024 | *USA v. Baskerville, et al.* – U.S. District Court for the Western District of Tennessee |
| 2023 | *USA v. Maund, et al.* – U.S. District Court for the Middle District of Tennessee |
| 2023 | *Tennessee v. Corridus Qualls* – Lauderdale Co. Circuit Court |
| 2023 | *USA v. Fredrick Carney* – U.S. District Court for the Middle District of Tennessee |
| 2023 | *USA v. Keith Poynter* – U.S. District Court of Maryland |
| 2023 | *State of Maryland v. Diandre Dante Goodrich* – Circuit Court for Montgomery County, Maryland |
| 2023 | *USA v. Jermaine Harvard* – U.S. District Court for the Middle District of Florida |
| 2016 | *USA v. William Lewis Lanham* – U.S. District Court for the Western District of Tennessee |

**INSTRUCTING/TEACHING**

| | |
|---|---|
| 2025 | CAST Basic Historical Cell Site Analysis, *Jackson, TN* |
| 2023 | CAST Basic Historical Cell Site Analysis, *Biloxi, MS* |
| 2023 | CAST Basic Historical Cell Site Analysis, *Franklin, TN* |
| 2023 | CAST Basic Historical Cell Site Analysis, *Flowood, MS* |
| 2023 | CAST Basic Historical Cell Site Analysis, *Birmingham, AL* |
| 2023 | CAST Basic Historical Cell Site Analysis, *St. Augustine, FL* |
| 2018 | CAST Basic Historical Cell Site Analysis, *Nashville, TN* |

**AWARDS**

| | |
|---|---|
| 2020 | HSI Nashville Partner of the Year Award |
| 2019 | FBI Exceptional Performance Award |
| 2016 | FBI Exceptional Performance Award |
| 2008 | Myers University, Summa Cum Laude Honors |
| 2006 | Lakeland Community College, Cum Laude Honors |
| 2003 | United States Marine Corps Distinguished Athlete Award |