*Wendy D. Crenshaw, Jr*
US DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:25-cr-00115 |
| | ) | |
| | ) | JUDGE CRENSHAW |
| | ) | |
| KILMAR ARMANDO ABREGO GARCIA | ) | |

### UNOPPOSED MOTION TO EXTEND DEADLINE FOR NOTICE OF INTENT TO OFFER EVIDENCE UNDER RULE 404(B)

COMES NOW the United States of America, by and through Robert E. McGuire, Acting United States Attorney, and makes the following Motion to extend the deadline for the Government to file their Notice of Intent to offer evidence under Rule 404(b). Pursuant to the Court's scheduling order (DE # 103) that notice is due on Monday, November 3, 2025.

For cause, the United States would submit that the parties have been actively litigating a number of other matters in this case and undersigned counsel needs additional time to complete this specific filing. Undersigned counsel has conferred with the defense who have no opposition to this Motion and have proposed their own requested response dates should the Motion be granted.

Therefore, the United States would respectfully request that the Court amend the scheduling order and extend the deadline for the Government to file a 404(b) notice until Monday November 13, 2025. The defense then requests to have until December 4, 2025, to respond so as to avoid the Thanksgiving holiday weekend. The Government would propose that an optional reply be due December 8, 2025.

Respectfully Submitted,

*/s/ Robert E. McGuire*
ROBERT E. McGUIRE
Acting United States Attorney