*Motion (203) is **DENIED AS MOOT**.*

*/s/ Waverly D. Crenshaw, Jr.*
US DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KILMAR ARMANDO ABREGO GARCIA,<br><br>*Defendant.* | No. 3:25-cr-115<br><br>Judge Waverly D. Crenshaw, Jr. |

## MOTION TO EXCUSE ATTORNEY APPEARANCE

Jenna Dabbs, counsel to Defendant Kilmar Armando Abrego Garcia, respectfully requests that this Court excuse her from appearing at the counsel-only conference set for Friday, October 31, 2025, at 1:00 p.m. (Dkt. 191). As cause, undersigned counsel submits, with apologies, that her flight to Nashville, Tennessee, on the morning of October 31 was repeatedly delayed, and she will therefore be unable to travel to the Middle District of Tennessee in time for the scheduled conference. Undersigned counsel's co-counsel, Rascoe Dean, will be present at the hearing to represent Mr. Abrego. Undersigned counsel therefore respectfully requests that this Court excuse her appearance at the conference.