# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Kilmar Armando Abrego Garcia | ) | Case No. 3:25-cr-115 |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Todd Blanche, Deputy Attorney General

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Fred D. Thompson U.S. Courthouse and Federal Building 719 Church Street Nashville, TN 37203 | Courtroom No.: | 5D (Judge Crenshaw) |
|---|---|---|---|
| | | Date and Time: | 12/08/2025 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:



Date: NOV 0 5 2025

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  Kilmar Abrego Garcia
_____, who requests this subpoena, are:

Sean Hecker
Jenna Dabbs
David Patton
Hecker Fink LLP
350 Fifth Avenue, Ste. 63rd Floor
New York, NY 10118
212-763-0883
shecker@heckerfink.com
jdabbs@heckerfink.com, dpatton@heckerfink.com

Rascoe Dean
Sherrard Roe Voigt & Harbison, PLC
1600 West End Avenue, Suite 1750
Nashville, Tennessee 37203
(615) 742-4536
rdean@srvhlaw.com

Case No. 3:25-cr-115

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Kilmar Armando Abrego Garcia | ) | Case No. 3:25-cr-115 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: James McHenry, Acting Principal Associate Deputy Attorney General

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Fred D. Thompson U.S. Courthouse and Federal Building<br>719 Church Street<br>Nashville, TN 37203 | Courtroom No.: | 5D (Judge Crenshaw) |
|---|---|---|---|
| | | Date and Time: | 12/08/2025 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:



Date: NOV 0 5 2025

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

---

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* **Kilmar Abrego Garcia**
_____, who requests this subpoena, are:

Sean Hecker
Jenna Dabbs
David Patton
Hecker Fink LLP
350 Fifth Avenue, Ste. 63rd Floor
New York, NY 10118
212-763-0883
shecker@heckerfink.com
jdabbs@heckerfink.com, dpatton@heckerfink.com

Rascoe Dean
Sherrard Roe Voigt & Harbison, PLC
1600 West End Avenue, Suite 1750
Nashville, Tennessee 37203
(615) 742-4536
rdean@srvhlaw.com

Case No. 3:25-cr-115

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| United States of America | ) |
|---|---|
| v. | ) |
| Kilmar Armando Abrego Garcia | ) Case No. 3:25-cr-115 |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Aakash Singh, Associate Deputy Attorney General

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Fred D. Thompson U.S. Courthouse and Federal Building 719 Church Street Nashville, TN 37203 | Courtroom No.: | 5D (Judge Crenshaw) |
|---|---|---|---|
| | | Date and Time: | 12/08/2025 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: NOV 0 5 2025

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Kilmar Abrego Garcia
_____, who requests this subpoena, are:

Sean Hecker
Jenna Dabbs
David Patton
Hecker Fink LLP
350 Fifth Avenue, Ste. 63rd Floor
New York, NY 10118
212-763-0883
shecker@heckerfink.com
jdabbs@heckerfink.com, dpatton@heckerfink.com

Rascoe Dean
Sherrard Roe Voigt & Harbison, PLC
1600 West End Avenue, Suite 1750
Nashville, Tennessee 37203
(615) 742-4536
rdean@srvhlaw.com

Case No. 3:25-cr-115

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: