IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:25-cr-00115 |
| | ) | |
| | ) | JUDGE CRENSHAW |
| | ) | |
| KILMAR ARMANDO ABREGO GARCIA | ) | |

### NOTICE REGARDING JURY QUESTIONNAIRE

COMES NOW the United States of America, by and through Robert E. McGuire, Acting United States Attorney, and submits the following Notice regarding the Court's proposed jury questionnaire. Undersigned counsel reviewed the draft jury questionnaire provided by the Court at the October 31, 2025, status conference. Upon review of that draft, the United States has no objections to any of the questions in the Court's proposed questionnaire and would submit that the questionnaire as drafted by the Court can, from the Government's perspective, be used to screen potential jurors in the trial of this case.

Respectfully Submitted,

*/s/ Robert E. McGuire*
ROBERT E. McGUIRE
Acting United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203

*/s/ Jason Harley*
JASON HARLEY
Task Force Vulcan

1