> Motion (218) is **GRANTED** and the Order (Doc No 183) is modified as requested.
>
> *Waverly D. Crenshaw, Jr.*
> US DISTRICT JUDGE

# UNITED STATES DISTIRCT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 3:25-CR-00115 |
| KILMAR ABREGO GARCIA, | ) |
| Defendant. | ) |

## UNITED STATES' MOTION FOR PARTIAL RECONSIDERATION OF THE COURT'S OCTOBER 27, 2025 ORDER

The United States respectfully asks that the Court reconsider and vacate its October 27, 2025 Order (DE #183), insofar as that Order requires the United States to notify "all employees of the … Department of Homeland Security (DHS)" rather than only those employees who are involved with this matter and authorized to speak on behalf of DHS about it. DHS has already notified those employees involved with this matter and authorized to speak on its behalf concerning this matter, and it has provided the Court's order and opinion to those employees.

But to the extent the notice requirement sweeps more broadly, reconsideration is appropriate because this Court's Order compelling the United States to notify nearly 300,000 DHS employees—many of whom are in subagencies like the Federal Emergency Management Agency (FEMA), Transportation Security Administration (TSA), U.S. Secret Service (USSS), and the U.S. Coast Guard—about a rule that has no bearing on them creates a risk of confusion among DHS's employees, blunts DHS's ability to communicate urgent issues to its employees by overwhelming them with information that is irrelevant to them, and sweeps beyond this Court's inherent power to craft ancillary measures to enforce its orders.