UNITED STATES OF AMERICA

v.

KILMAR ARMANDO ABREGO GARCIA,

*Defendant.*

No. 3:25-cr-115

Judge Waverly D. Crenshaw, Jr.

## NOTICE REGARDING JUROR QUESTIONNAIRE

In accordance with the Scheduling Order entered on November 3, 2025 (Dkt. 208), Defendant Kilmar Armando Abrego Garcia hereby submits his proposed changes to the draft juror questionnaire provided by the Court at the October 31, 2025 status conference (the "Draft Questionnaire").

Mr. Abrego proposes including "Knowledge of the Case" language before Question 30 of the Draft Questionnaire. Question 30 of the Draft Questionnaire asks: "Have you heard the name Kilmar Abrego Garcia (or Kilmar Armando Abrego Garcia), or otherwise *heard anything about him*, from any source during the past 12 months?" (emphasis added). Question 31 then asks: "If the answer to Question 30 is 'Yes,' how have you heard about Mr. Abrego Garcia or *the facts of this case* during the past 12 months?" (emphasis added). Without a brief description of the facts of this case, it may be difficult for jurors to know whether they have in fact "heard about…the facts of this case" and thus answer Question 31. It is also possible that jurors may not recognize or recall Mr. Abrego's name, but nonetheless may have heard about the facts of this case. Accordingly, to assist jurors in accurately determining whether they have "heard anything about" Mr. Abrego, or about "the facts of this case," the defense believes that it will be helpful to include an explanatory

paragraph describing what the case is about, similar to the "Knowledge of the Case" language the

defense previously proposed. (*See* Dkt. 171-1 at 7). Specifically, the defense proposes that the final

juror questionnaire include the following language:

> The charges in this criminal case relate to Mr. Abrego's alleged involvement in an alien smuggling conspiracy from 2016 to 2025 and to Mr. Abrego's alleged transportation of undocumented aliens in this District on or about November 30, 2022. Mr. Abrego has pleaded not guilty to both charges in the indictment. An indictment merely contains allegations by the government, and every individual is presumed innocent unless the government can prove each element of each charged offense beyond a reasonable doubt.

This proposal is consistent with the "Knowledge of the Case" language included in the

juror questionnaire from *United States v. Maund, et al.*, No. 3:21-cr-00288 (M.D. Tenn.)—a juror

questionnaire the Court, at a September chambers conference, provided to the parties as a general

guide.

Subject to the above, Mr. Abrego has no objections or further requested changes to the

Draft Questionnaire. We appreciate the Court's consideration and are available to discuss, should

the Court have any questions.

Dated: November 24, 2025                Respectfully submitted,
      New York, New York

/s/ Sean Hecker
Sean Hecker*
Jenna M. Dabbs*
David Patton*
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883
Fax: (212) 564-0883
shecker@heckerfink.com
jdabbs@heckerfink.com
dpatton@heckerfink.com

* admitted *pro hac vice*

Rascoe Dean (No. 034209)

2

SHERRARD ROE VOIGT & HARBISON PLLC
1600 West End Avenue, Suite 1750
Nashville, Tennessee 37203
Telephone: (615) 742-4200
Fax: (615) 742-4539
rdean@srvhlaw.com

*Counsel for Defendant Kilmar Armando Abrego Garcia*

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2025, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following: Acting United States Attorney, Robert E. McGuire, 719 Church Street, Suite 3300, Nashville, Tennessee 37203; Assistant United States Attorney, Jason Harley, 210 Park Avenue, Suite 400, Oklahoma City, Oklahoma 73102.

/s/ Sean Hecker