> Motion (246) is **GRANTED** and Doc. No. 247 shall be sealed.
>
> *[signature]* Waverly D. Crenshaw, Jr.
> US DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KILMAR ARMANDO ABREGO GARCIA,<br><br>*Defendant.* | No. 3:25-cr-115<br><br>Judge Waverly D. Crenshaw, Jr. |

### MOTION FOR LEAVE TO FILE UNDER SEAL RESPONSE TO UNITED STATES' SEALED DOCUMENTS

Kilmar Armando Abrego Garcia respectfully requests leave to file under seal his response to documents filed by the United States under seal (Dkt. 245). Mr. Abrego does not believe that there is a basis to seal his response or the United States' documents under the Local Rules or applicable law. Given that this submission pertains to the Court's sealed order (Dkt. 241) and the government's sealed documents (Dkt. 245), however, Mr. Abrego is seeking leave to file his response under seal pending further orders of the Court.

Dated: December 7, 2025
      New York, New York

Respectfully submitted,

/s/ Sean Hecker
Sean Hecker*
Jenna M. Dabbs*
David Patton*
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883
Fax: (212) 564-0883
shecker@heckerfink.com
jdabbs@heckerfink.com
dpatton@heckerfink.com

* admitted *pro hac vice*

1