IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KILMAR ARMANDO ABREGO GARCIA,<br><br>*Defendant.* | No. 3:25-cr-115<br><br>Judge Waverly D. Crenshaw, Jr. |

### MOTION FOR LEAVE TO FILE UNDER SEAL UNREDACTED MEMORANDUM OF LAW IN OPPOSITION TO THE GOVERNMENT'S MOTION IN LIMINE PROHIBITING DISCUSSION OF THE DEFENDANT'S IMMIGRATION STATUS AND HISTORY

Kilmar Armando Abrego Garcia respectfully requests leave to file under seal the unredacted memorandum of law in opposition to the government's motion in limine. Though Mr. Abrego does not believe that the redaction of these materials in his brief is proper under the Local Rules or applicable law, he does so out of an abundance of caution and in accordance with the protective order in this case, which requires that "[a]ny filing of discovery materials must be done under seal pending further orders of this Court." (Dkt. 77 at 2).

1

Dated: December 8, 2025    Respectfully submitted,
New York, New York

/s/ Sean Hecker
Sean Hecker*
Jenna M. Dabbs*
David Patton*
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883
Fax: (212) 564-0883
shecker@heckerfink.com
jdabbs@heckerfink.com
dpatton@heckerfink.com

* admitted *pro hac vice*

Rascoe Dean (No. 034209)
SHERRARD ROE VOIGT & HARBISON PLLC
1600 West End Avenue, Suite 1750
Nashville, Tennessee 37203
Telephone: (615) 742-4200
Fax: (615) 742-4539
rdean@srvhlaw.com

*Counsel for Defendant Kilmar Armando Abrego Garcia*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 8, 2025, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following: Acting United States Attorney, Robert E. McGuire, 719 Church Street, Suite 3300, Nashville, Tennessee 37203; Assistant United States Attorney, Jason Harley, 210 Park Avenue, Suite 400, Oklahoma City, Oklahoma 73102; Associate Attorney General Stanley E. Woodward, Jr., 950 Pennsylvania Avenue NW, Washington, D.C. 20530.

      Copies of the unredacted memorandum of law referenced in the foregoing document have been emailed to Mr. McGuire.

      /s/ Sean Hecker

3

Case 3:25-cr-00115   Document 252   Filed 12/08/25   Page 3 of 3 PageID #: 4485