IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:25-CR-115 |
| | ) | |
| | ) | JUDGE CRENSHAW |
| KILMAR ARMANDO ABREGO GARCIA | ) | |

## GOVERNMENT'S MOTION TO ALLOW COUNSEL FOR THE GOVERNMENT TO APPEAR TELEPHONICALLY

COMES NOW the United States of America, by and through the undersigned and moves this Court to allow Associate Attorney General Woodward to participate telephonically in the sealed, ex parte hearing on the Government's Motion scheduled for Wednesday, December 10, 2025, at 1:00 p.m. (DE # 254.) Acting U.S. Attorney McGuire will be present in person.

For cause, the Government would note that Associate Attorney General Woodward, who is acting as lead counsel on this issue for the Government, is scheduled to be in Dallas, Texas to attend a conference on December 10th and would not be able to arrive in Nashville until late Wednesday afternoon at the earliest. Allowing Mr. Woodward to participate telephonically would allow the hearing to occur at the time scheduled by the Court[1].

If the Court denies the Government's request to allow Mr. Woodward to participate telephonically then the Government would ask this Court to construe this pleading as a Motion to continue the hearing to a date and time when Mr. Woodward can be physically present.[2]

---

[1] Due to Mr. Woodward's travel arrangements, he would be able to participate telephonically until approximately 1:20 p.m. CST before he would need to be excused (presuming the hearing was still in progress then).

[2] Associate Attorney General Woodward is certainly more than willing to come to Nashville if desired by the Court, and could fly from Dallas to Nashville on the afternoon of December 10th to arrive for a hearing if one was held later that afternoon/evening on the 10th. Should a late afternoon/hearing time on the 10th not be available to the Court, Mr. Woodward would be ready to come to Nashville on another date and time that is acceptable to the Court.

1

Respectfully Submitted,

*/s/ Stanley. E. Woodward, Jr.*
Stanley E. Woodward, Jr.
Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530

*/s/ Robert E. McGuire*
ROBERT E. McGUIRE
Acting United States Attorney
719 Church Street, Suite 3300
Nashville, TN  37203