IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:25-CR-00115 |
| | ) | |
| | ) | JUDGE CRENSHAW |
| KILMAR ARMANDO ABREGO GARCIA | ) | |

> Motion (248) is **GRANTED** and the deadline to file responses to the motions in limine is extended to **January 8, 2026,** with optional replies due **January 13, 2026.**
>
> /s/ Waverly D. Crenshaw, Jr.
> US DISTRICT JUDGE

## MOTION TO EXTEND TIME TO RESPOND TO MOTIONS IN LIMINE

COMES NOW the United States of America, by and through the undersigned Acting United States Attorney, Robert E. McGuire, and moves this Court to extend the time to file responses to the motions in limine. Under the Court's previously issued scheduling order, the parties are directed to respond to opposing motions in limine by December 8, 2025. (DE # 103.) As the Court is aware, the parties are litigating motions related to the Defendant's Motion to Dismiss the Indictment.

The Government notes that the Court intends to hold a hearing on the motions in limine at the pre-trial conference which is presently scheduled for January 20, 2026. Therefore, the United States would propose that responses be due January 8, 2026, with optional replies due January 13, 2026. This would give the Court a week to review the parties' filings in advance of the pre-trial conference.

Undersigned counsel has conferred with counsel for the Defendant who report that they are opposed to this Motion[1].

Respectfully submitted,

*s/ Robert McGuire*
ROBERT McGUIRE

---

[1] The defense would not oppose a shorter extension (of one week) but given the briefing schedule on the Defendant's motion to dismiss and the length of time between today's date and the pre-trial conference, the Government submits a longer extension makes more sense.