UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:25-cr-00115 |
| KILMAR ARMANDO ABREGO GARCIA | ) |
| Defendant. | ) |

## ORDER

Having considered the Government's Motion for Partial Reconsideration of the Order entered December 3, 2025 (Doc. No. 245) and having reviewed six documents with bate numbers 000007 through 000012, the Court **GRANTS IN PART and DENIES IN PART** the motion. For the reasons stated on the record on December 10, 2025, the Court has redacted the six documents, identified during the hearing as Collective Exhibit A, that shall be produced immediately to Defendant.

Now that relevant documents have been provided to Defendant, on or before **December 17, 2025,** the parties shall file their position with a supporting memorandum of law on whether the Memorandum Opinion and Order (Doc. No. 241) should remain under seal.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE