UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) NO. 3:25-cr-00115 |
| KILMAR ARMANDO ABREGO GARCIA | ) |
| Defendant. | ) |

## ORDER

A copy of the Sealed Transcript (Doc. No. 261) and the Collective Exhibit A document (Doc. No. 259) from the ex parte, sealed hearing held on December 10, 2025, was delivered to the parties as follows:

1. Government – Robert McGuire, at 2:32 p.m. on December 11, 2025.

2. Defendant - Jayme Hartness, at 3:29 p.m. on December 11, 2025.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE