IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KILMAR ARMANDO ABREGO GARCIA,<br><br>*Defendant.* | No. 3:25-cr-115<br><br>Judge Waverly D. Crenshaw, Jr. |

## **MOTION FOR MODIFICATION OF CONDITIONS OF RELEASE**

We represent defendant Kilmar Armando Abrego Garcia in the above captioned matter. We write, with the consent of the Pretrial Services Office, to request a modification to Mr. Abrego's bail conditions to permit him to renew his expired Salvadoran passport.

Mr. Abrego was arrested in this matter on June 6, 2025 (Dkt. 9) and released from federal criminal custody on August 22, 2025, subject to conditions of release set by the Court (Dkt. 112). On August 25, 2022, shortly after his release in this case, Mr. Abrego reported for a check-in with ICE, at which he was detained and placed in DHS custody. Mr. Abrego remained in DHS custody until December 11, 2025, when Judge Xinis granted his habeas petition and ordered his immediate release. *Abrego Garcia v. Noem*, No. 25 Civ. 951 (D. Md. Oct. 24, 2025), Dkts. 110, 111.

The conditions of release set by this Court include the standard condition requiring Mr. Abrego to "surrender any passport to Pretrial Services, as directed by Pretrial Services" and to "not obtain a passport or other international travel document." (Dkt. 112 at 4). On November 6, 2025, the defense notified the Court that it had recently become aware that Mr. Abrego had an expired Salvadoran passport in the possession of his wife. The defense requested that Mr. Abrego be

1

permitted to provide that expired passport to Mr. Abrego's immigration attorneys, rather than to Pretrial Services, and noted that "[s]hould Mr. Abrego be released from DHS custody, we will promptly confer with the government and Pretrial Services to determine whether further modification of the conditions is necessary." (Dkt. 219 at 2).

This Court granted the defense's modification request on November 6, 2025. (Dkt. 221). Shortly thereafter, Mr. Abrego's wife provided his expired passport to Mr. Abrego's immigration attorney and provided a copy of the passport to Pretrial Services. Following Mr. Abrego's December 11, 2025 release from DHS custody, his immigration attorneys promptly returned Mr. Abrego's passport to the Pretrial Services Office.

Like the previously requested modification to Mr. Abrego's bail conditions, this modification is sought to ensure that in the event Mr. Abrego is removed, he will not be trapped in a third country without the ability, or documents necessary, to access a valid passport. (*See* Dkt. 219 at 2; Dkt. 221). Since the Court granted Mr. Abrego's requested modification, the government has continued to indicate its intent to deport Mr. Abrego, including by issuing a new "order" that purports to be a retroactive removal order permitting Mr. Abrego's removal. *Abrego Garcia v. Noem*, No. 25 Civ. 951 (D. Md. Oct. 24, 2025), Dkt. 114 at 1-2, Dkt. 115 at 4-5.

In order to ensure that Mr. Abrego has access to a valid passport in the event he is removed from the United States, Mr. Abrego now seeks permission to renew his passport at the Salvadoran Consulate in Silver Springs, Maryland. In order to renew his passport, Mr. Abrego must visit the Consulate, which is located approximately 8 miles away from his current residence, in person, and must bring his expired passport with him. One of Mr. Abrego's attorneys will accompany him. The Consulate is generally able to process passport renewals on the same day. Once Mr. Abrego has renewed his passport, both the current and expired passports will be returned immediately to

Pretrial Services. This modification would be consistent with the Bail Reform Act, which provides that the Court "may at any time amend the [release] order to impose additional or different conditions of release." 18 U.S.C. § 3142(c)(3).

Pretrial Services does not object to this request. The government has not provided a final response on its position with respect to this request.

Dated: December 18, 2025
      New York, New York

Respectfully submitted,

/s/ Sean Hecker
Sean Hecker*
Jenna M. Dabbs*
David Patton*
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883
Fax: (212) 564-0883
shecker@heckerfink.com
jdabbs@heckerfink.com
dpatton@heckerfink.com

* admitted *pro hac vice*

Rascoe Dean (No. 034209)
SHERRARD ROE VOIGT & HARBISON PLLC
1600 West End Avenue, Suite 1750
Nashville, Tennessee 37203
Telephone: (615) 742-4200
Fax: (615) 742-4539
rdean@srvhlaw.com

*Counsel for Defendant Kilmar Armando Abrego Garcia*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2025, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following: Acting United States Attorney, Robert E. McGuire, 719 Church Street, Suite 3300, Nashville, Tennessee 37203; Assistant United States Attorney, Jason Harley, 210 Park Avenue, Suite 400, Oklahoma City, Oklahoma 73102; Associate Attorney General Stanley E. Woodward, Jr., 950 Pennsylvania Avenue NW, Washington, D.C. 20530.

/s/ Sean Hecker