UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 3:25-cr-00115 |
| KILMAR ARMANDO ABREGO GARCIA, | ) ) ) |
| Defendant. | ) ) |

# ORDER

Before the Court is Defendant Kilmar Armando Abrego Garcia's ("Abrego") Motion to Modify Conditions of Release (Doc. No. 268), requesting a modification to Abrego's pretrial conditions to "permit him to renew his expired Salvadoran passport." (Id. at 1). The government does not oppose Abrego's request, so long as the Court imposes modified conditions that do not allow Abrego to have "immediate, direct access to a passport[.]" (Doc. No. 269).

Accordingly, Abrego's Motion (Doc. No. 268) is **GRANTED**. Abrego's pretrial conditions that he "surrender any passport to Pretrial Servies, as directed by Pretrial Services" and "not obtain a passport or other international travel document" are modified as follows: (1) Pretrial Services may release Abrego's expired passport to an attorney for Abrego; (2) Abrego shall provide the newly valid Salvadoran passport to his attorney immediately upon his receipt of the new passport; and (3) Abrego's attorney in possession of the new Salvadoran passport shall provide the new passport to Pretrial Services as expeditiously as possible. (Doc. No. 112 at 4). Unless otherwise modified by a prior Court order, all other remaining pretrial conditions set by the Magistrate Judge on August 22, 2025 remain in place. (See id.).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE