IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KILMAR ARMANDO ABREGO GARCIA,<br><br>*Defendant.* | No. 3:25-cr-115<br><br>Judge Waverly D. Crenshaw, Jr. |

**MOTION FOR LEAVE TO FILE UNDER SEAL**
**UNREDACTED SUPPLEMENTAL BRIEF**

Kilmar Armando Abrego Garcia respectfully requests leave to file under seal an unredacted version of his supplemental brief on the United States' motion to quash (Dkt. 272). For the reasons stated in Mr. Abrego's Memorandum of Law Regarding Sealing Memorandum Opinion and Order (Dkt. 264), the defense does not believe that there is a basis to seal any part of the Court's December 3, 2025 memorandum opinion and order (Dkt. 241) nor discovery produced to the defense in connection with Mr. Abrego's motion to dismiss for vindictive and selective prosecution. Given that the December 3 opinion and order remains fully under seal and the discovery was produced pursuant to the protective order in this case,[1] however, Mr. Abrego seeks leave to file the unredacted supplemental brief under seal pending further orders of the Court.

Dated: December 19, 2025
      New York, New York

Respectfully submitted,

/s/ Sean Hecker
Sean Hecker*
Jenna M. Dabbs*
David Patton*
HECKER FINK LLP

---

[1] *See* Dkt. 77 at 2 (requiring that "[a]ny filing of discovery materials must be done under seal pending further orders of this Court").

1

350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883
Fax: (212) 564-0883
shecker@heckerfink.com
jdabbs@heckerfink.com
dpatton@heckerfink.com

\* admitted *pro hac vice*

Rascoe Dean (No. 034209)
SHERRARD ROE VOIGT & HARBISON PLLC
1600 West End Avenue, Suite 1750
Nashville, Tennessee 37203
Telephone: (615) 742-4200
Fax: (615) 742-4539
rdean@srvhlaw.com

*Counsel for Defendant Kilmar Armando Abrego Garcia*

# CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2025, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following: Acting United States Attorney, Robert E. McGuire, 719 Church Street, Suite 3300, Nashville, Tennessee 37203; Assistant United States Attorney, Jason Harley, 210 Park Avenue, Suite 400, Oklahoma City, Oklahoma 73102; Associate Attorney General Stanley E. Woodward, Jr., 950 Pennsylvania Avenue NW, Washington, D.C. 20530.

A copy of the unredacted supplemental brief referenced in the foregoing document have been emailed to Mr. McGuire.

/s/ Sean Hecker