IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KILMAR ARMANDO ABREGO GARCIA,<br><br>*Defendant.* | No. 3:25-cr-115<br><br>Judge Waverly D. Crenshaw, Jr. |

## DEFENDANT'S MOTION TO STRIKE

Defendant Kilmar Armando Abrego Garcia, by and through his undersigned counsel, respectfully requests that the Court strike his Redacted Supplemental Brief on the United States' Motion to Quash (Dkt. 272) from the record. As cause, Mr. Abrego submits that his counsel overlooked redacting certain language from the Court's December 3, 2025 sealed memorandum opinion and order when filing his original redacted brief on Friday, December 19, 2025. After recognizing this oversight on Saturday December 20, 2025, Mr Abrego filed a *Corrected* Redacted Supplemental Brief on the United States' Motion to Quash (Dkt. 275), which includes the appropriate redactions. Accordingly, Mr. Abrego's Redacted Supplemental Brief on the United States' Motion to Quash (Dkt. 272) should be removed from the docket.

Dated: December 22, 2025
       New York, New York

Respectfully submitted,

 /s/ Sean Hecker
Sean Hecker*
Jenna M. Dabbs*
David Patton*
HECKER FINK LLP

350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883
Fax: (212) 564-0883
shecker@heckerfink.com
jdabbs@heckerfink.com
dpatton@heckerfink.com

\* admitted *pro hac vice*

Rascoe Dean (No. 034209)
SHERRARD ROE VOIGT & HARBISON PLLC
1600 West End Avenue, Suite 1750
Nashville, Tennessee 37203
Telephone: (615) 742-4200
Fax: (615) 742-4539
rdean@srvhlaw.com

*Counsel for Defendant Kilmar Armando Abrego Garcia*

# CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2025, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following: Acting United States Attorney, Robert E. McGuire, 719 Church Street, Suite 3300, Nashville, Tennessee 37203; Assistant United States Attorney, Jason Harley, 210 Park Avenue, Suite 400, Oklahoma City, Oklahoma 73102; Associate Attorney General Stanley E. Woodward, Jr., 950 Pennsylvania Avenue NW, Washington, D.C. 20530.

/s/ Sean Hecker