> Motion (276) is **GRANTED** and Doc. No. 272 shall be stricken from the record.
>
> *Waverly D. Crenshaw, Jr.*
> US DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KILMAR ARMANDO ABREGO GARCIA,<br><br>*Defendant.* | No. 3:25-cr-115<br><br>Judge Waverly D. Crenshaw, Jr. |

### DEFENDANT'S MOTION TO STRIKE

Defendant Kilmar Armando Abrego Garcia, by and through his undersigned counsel, respectfully requests that the Court strike his Redacted Supplemental Brief on the United States' Motion to Quash (Dkt. 272) from the record. As cause, Mr. Abrego submits that his counsel overlooked redacting certain language from the Court's December 3, 2025 sealed memorandum opinion and order when filing his original redacted brief on Friday, December 19, 2025. After recognizing this oversight on Saturday December 20, 2025, Mr Abrego filed a *Corrected* Redacted Supplemental Brief on the United States' Motion to Quash (Dkt. 275), which includes the appropriate redactions. Accordingly, Mr. Abrego's Redacted Supplemental Brief on the United States' Motion to Quash (Dkt. 272) should be removed from the docket.

Dated: December 22, 2025
      New York, New York

Respectfully submitted,

/s/ Sean Hecker
Sean Hecker*
Jenna M. Dabbs*
David Patton*
HECKER FINK LLP