IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:25-cr-00115 |
| | ) | |
| | ) | JUDGE CRENSHAW |
| | ) | |
| KILMAR ARMANDO ABREGO GARCIA | ) | |

> Motion (284) is **GRANTED**. With the cancellation of the trial date, all related pretrial deadlines are vacated.
>
> /s/ Waverly D. Crenshaw, Jr.
> US DISTRICT JUDGE

## UNOPPOSED MOTION TO STAY ANY TRIAL RELATED DEADLINES PENDING FURTHER ORDERS OF THE COURT

COMES NOW the United States of America, by and through Braden Boucek, United States Attorney, and First Assistant U.S. Attorney Robert E. McGuire and moves this Court to stay any deadlines related to the jury trial in this case. Previously, this Court set deadlines as part of a global scheduling order (DE # 103) and also granted the Government an extension to file responses to the Defendant's Motions in Limine which also extended the Defendant's time to file any optional replies (DE # 256). The Court has since canceled the January 27, 2026, trial date, to be rescheduled after the Court rules on the Defendant's pending motion to dismiss. (DE # 281.)

Therefore, the United States respectfully requests that the Court stay all trial-related deadlines pending further orders of this Court. The undersigned has conferred with defense counsel who has no opposition to this Motion.

Respectfully Submitted,

*/s/ Robert E. McGuire*
ROBERT E. McGUIRE
First Assistant U.S. Attorney
719 Church Street, Suite 3300
Nashville, TN 37203

1