UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:25-cr-00115 |
| KILMAR ARMANDO ABREGO GARCIA, | ) | |
| Defendant. | ) | |

# ORDER

The Government shall reply to Kilmar Armando Abrego Garcia's Motion to Compel (Doc. No. 286) on or before **January 21, 2026**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE