UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:25-cr-00115 |
| ) | |
| KILMAR ARMANDO ABREGO GARCIA ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

The Court convened a telephone call with all parties of record. The parties agreed that continuing the evidentiary hearing set on **January 28, 2026,** was in the best interest of the parties, due to the weather. The hearing is CANCELLED. The parties shall provide the Court with at least three agreeable dates to reschedule the evidentiary hearing.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE