UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:25-cr-00115 |
| | ) | |
| KILMAR ARMANDO ABREGO GARCIA | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Pursuant to the Order entered February 2, 2026, the Court set an evidentiary hearing on February 26, 2026, at 9:00 a.m. In preparation for that hearing, the parties shall provide the Court a copy of all exhibits to be offered into evidence for each witness, (Doc. No. 295), no later than noon on Wednesday, **February 25, 2026**.

Defendant's motion to compel production of witness material and privilege log for the evidentiary hearing on February 26, 2026, (Doc. No. 286), which relies upon 18 U.S.C. § 3500 or Federal Rule of Criminal Procedure 26.2 is **DENIED**. The legal authority relied upon by Defendant does not authorize the relief requested for the evidentiary hearing on Defendant's motion to dismiss. This Order does not preclude Defendant from renewing his request, if the testimony during the evidentiary hearing creates a legal basis for his request.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE