REV 09/18

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

KILMAR ARMANDO ABREGO GARCIA

(list each defendant appearing at hearing)

Case No.: 3:25-CR-115
Judge: WAVERLY D. CRENSHAW, JR.
Hearing Date: 2/26/2026
Location: ☑ Nashville  ◯ Columbia  ◯ Cookeville
Court Reporter: LISE MATTHEWS
Court Interpreter: Judith Kristy, Richard Singer

## CRIMINAL MINUTES

Government Attorney(s): Stanley Woodward, Jr., Jason Harley, Jacob Warren Jeremy Franker

Defense Attorney(s): Sean Hecker, David Patton, Rascoe Dean, Jenna Dabbs

## TRIAL PROCEEDINGS
1. Jury Trial*
2. Non-Jury Trial*
3. Sentencing Hearing Contested*
4. Supervised Release Hearing-Contested*
5. Probation Revocation Hearing-Contested*
6. Other Evidentiary Hearing* ☑
    (Describe #6 in comments section below)
*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

## NON-TRIAL PROCEEDINGS
7. Initial Appearance/Arraignment
8. Plea Hearing
9. Sentencing Hearing
10. Status conference
11. Pretrial Conference
12. Supervised Release Revocation Hearing
13. Probation Revocation Hearing
14. Motion Hearing
15. Other Proceeding
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

- Motion hearing held on February 26, 2026.
- Witnesses and evidence presented.
- The parties shall file their post briefs 30 days after the transcript is available.
- Order to enter.

Total Time in Court: 4 HOURS 39 MINUTES

Clerk of Court
by: Melissa Seay