# UNITED STATES DISTRICT COURT

MIDDLE     DISTRICT OF     TENNESSEE

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| KILMAR ARMANDO ABREGO GARCIA | Case Number: 3:25-CR-115 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Judge Waverly Crenshaw | Stanley Woodward, Jr., Jason Harley, | Sean Hecker, David Patton, Rascoe Dean, Jenna Dabbs |
| MOTION HEARING DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 2/26/2026 | LISE MATTHEWS | MELISSA SEAY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| x | | 2/26/26 | | | WIT: RANA SAOUD, Special Agent in Charge Homeland Security Investigations |
| x | | 2/26/26 | | | WIT: ROBERT MCGUIRE, First Assistant US Attorney for the Middle District of TN |
| 1 | | 2/26/26 | X | X | Various emails |
| 2 | | 2/26/26 | X | X | Justice Manual 1-13.000 Urgent Reports |
| 3 | | 2/26/26 | X | X | Justice Manual 1-14.000 Notice to DAG Required for Certain Criminal and Affirmative Civil Resolutions |
| 4 | | 2/26/26 | X | X | Justice Manual 3-1.000 Organization |
| | 66 | 2/26/26 | X | X | AG Memorandum – General Policy Regarding Zealous Advocacy on Behalf of the United States |
| | 17 | 2/26/26 | X | X | HIS Baltimore ROI on Interview of KAG |
| | 19 | 2/26/26 | X | X | ROI of First Interview of CC-1 |
| | 30 | 2/26/26 | X | X | HSI Baltimore Report on Reopening of Investigation into KAG |
| | 88 | 2/26/26 | X | | (included in Govt Exh 1) Email from A. Singh to N. Ganjei, P. Escalona, R. McGuire, C. McDonald, and C. DeLorenz re: Jose Ramon Hernandez Reyes |
| | 42 | 2/26/26 | X | | R. McGuire Affidavit |
| | 50 | 2/26/26 | X | | (included in Govt Exh 1) Emails between A. Singh, R. McGuire et al. RE Hernandez-Reyes (Abrego-Garcia000003) |
| | 51 | 2/26/26 | X | | (included in Govt Exh 1) Emails between A. Singh, R. McGuire, and J. Warren RE Tennessee traffic stop (Abrego-Garcia000007-000009) |

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

USA vs. ABREGO GARCIA  CASE NO. 3:25-CR-115

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | 93 | 2/26/26 | X |  | (included in Govt Exh 1) Emails between A. Singh, R. McGuire, and J. Warren Re: affidavit in support of criminal complaint (kilmar Abrego Garcia) (DRAFT) – REM edits (jw).docx (Abrego-Garcia000010-000011) |