**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

|  |  |
|---|---|
| UNITED STATES OF AMERICA | No. 3:25-cr-115 |
| v. | Judge Waverly D. Crenshaw, Jr. |
| KILMAR ARMANDO ABREGO GARCIA, | |
| *Defendant.* | |

**MOTION FOR LEAVE TO FILE UNDER SEAL**
**MOTION FOR MODIFICATION OF CONDITIONS OF RELEASE**

Kilmar Armando Abrego Garcia respectfully requests leave to file under seal his April 10, 2026 Motion for Modification of Conditions of Release. To protect Mr. Abrego's privacy and the privacy of his family, we file this document, which includes information about Mr. Abrego's home and his daily habits, under seal. *In re Knoxville News-Sentinel Co., Inc.*, 723 F.2d 470, 474 (6th Cir. 1983) ("[T]rial courts have always been afforded the power to seal their records when interests of privacy outweigh the public's right to know."). The government does not oppose Mr. Abrego's request to file under seal.

Dated: April 10, 2026
New York, New York

Respectfully submitted,

/s/ Sean Hecker
Sean Hecker*
Jenna M. Dabbs*
David Patton*
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883
Fax: (212) 564-0883
shecker@heckerfink.com
jdabbs@heckerfink.com
dpatton@heckerfink.com

1

* admitted *pro hac vice*

Rascoe Dean (No. 034209)
SHERRARD ROE VOIGT & HARBISON PLLC
1600 West End Avenue, Suite 1750
Nashville, Tennessee 37203
Telephone: (615) 742-4200
Fax: (615) 742-4539
rdean@srvhlaw.com

*Counsel for Defendant Kilmar Armando Abrego Garcia*

Case 3:25-cr-00115    Document 308    Filed 04/10/26    Page 2 of 3 PageID #: 5073

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 10, 2026, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following: Acting United States Attorney, Robert E. McGuire, 719 Church Street, Suite 3300, Nashville, Tennessee 37203; Assistant United States Attorney, Jason Harley, 210 Park Avenue, Suite 400, Oklahoma City, Oklahoma 73102; Associate Attorney General Stanley E. Woodward, Jr., 950 Pennsylvania Avenue NW, Washington, D.C. 20530.

A copy of the Motion referenced in the foregoing document has been emailed to Mr. McGuire.

/s/ Sean Hecker

3