Motion (308) is **GRANTED** and Doc. No. 309 shall be sealed.

*Waverly D. Crenshaw, Jr.*

US DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

|  |  |
|---|---|
| UNITED STATES OF AMERICA | No. 3:25-cr-115 |
| v. | Judge Waverly D. Crenshaw, Jr. |
| KILMAR ARMANDO ABREGO GARCIA, | |
| *Defendant.* | |

**MOTION FOR LEAVE TO FILE UNDER SEAL**
**MOTION FOR MODIFICATION OF CONDITIONS OF RELEASE**

Kilmar Armando Abrego Garcia respectfully requests leave to file under seal his April 10, 2026 Motion for Modification of Conditions of Release. To protect Mr. Abrego's privacy and the privacy of his family, we file this document, which includes information about Mr. Abrego's home and his daily habits, under seal. *In re Knoxville News-Sentinel Co., Inc.*, 723 F.2d 470, 474 (6th Cir. 1983) ("[T]rial courts have always been afforded the power to seal their records when interests of privacy outweigh the public's right to know."). The government does not oppose Mr. Abrego's request to file under seal.

Dated: April 10, 2026
      New York, New York

Respectfully submitted,

/s/ Sean Hecker
Sean Hecker*
Jenna M. Dabbs*
David Patton*
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883
Fax: (212) 564-0883
shecker@heckerfink.com
jdabbs@heckerfink.com
dpatton@heckerfink.com

1