IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:25-cr-00115 |
| | ) | |
| | ) | JUDGE CRENSHAW |
| | ) | |
| KILMAR ARMANDO ABREGO GARCIA | ) | |

**NOTICE OF FILING OF EXHIBITS FROM EVIDENTIARY HEARING**

COMES NOW the United States of America, under 6 Cir. R. 28(a)(1), by and through Braden H. Boucek, United States Attorney, and First Assistant U.S. Attorney Robert E. McGuire and files into the PACER record copies of the documentary exhibits which were submitted by the parties at the evidentiary hearing on February 26, 2026 (Minute Entry, DE # 298; Exhibit and Witness List, DE # 301). Specifically, the Government attaches to this filing the documents that were admitted as Exhibits 1, 17, 19 & 30 described in DE # 301 as:

- Exhibit 1 (various emails)
- Exhibit 17 (HSI Baltimore ROI on Interview of KAG)
- Exhibit 19 (ROI First Interview of CC-1)
- Exhibit 30 (HSI Baltimore Report on Reopening of Investigation into KAG)

Respectfully Submitted,

*/s/ Robert E. McGuire*
ROBERT E. McGUIRE
First Assistant U.S. Attorney
719 Church Street, Suite 3300
Nashville, TN 37203