**CASE NUMBER**
BI36FA23BA0001

**CASE OPENED**
4/23/2025

**CURRENT CASE TITLE**
CC-1 [redacted];
Collateral from Baltimore,...

**REPORT TITLE**
Initial ROI - Interview of CC-1 [redacted]

**REPORTED BY**
Waylon Hinkle
SPECIAL AGENT

**APPROVED BY**
Bobby Smith2
SPECIAL AGENT

**DATE APPROVED**
4/24/2025

## SYNOPSIS

HSI Maryland is requesting that HSI Birmingham attempt to interview CC-1 [redacted], currently incarcerated at FCI [redacted], regarding the human smuggling activities of Kilmar ABREGO Garcia. The Tennessee Highway Patrol encountered Kilmar ABREGO Garcia, who was operating a vehicle owned by CC-1 [redacted] in furtherance of what law enforcement believes was a human smuggling event. HSI Maryland sent a collateral request to HSI Birmingham to interview CC-1 [redacted] who was currently incarcerated at the Federal Bureau of Prisons (BOP) Federal Correctional Institution (FCI) [redacted] Alabama.

The following serves as the initial ROI to document the interview of CC-1 [redacted] on April 22, 2025.


1 07/09/2025





This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for d this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

DEFENDANT EXHIBIT 019

## DETAILS OF INVESTIGATION

DETAILS OF INVESTIGATION

On April 22, 2025, Immigration and Customs Enforcement (ICE) / Homeland Security Investigations (HSI) Special Agent (SA) Hinkle and HSI Task Force Officer (TFO) Malpica arrived at the Federal Bureau of Prisons (BOP), Federal Correctional Institution (FCI) in [redacted], Alabama, to conduct an interview with CC-1 [redacted] (alien file number [redacted]). Upon arrival, SA Hinkle and TFO Malpica interviewed CC-1 [redacted]. CC-1 [redacted] stated he did understand and speak some English. CC-1 [redacted] was advised of his Miranda Rights in the Spanish Language by TFO Malpica. CC-1 [redacted] voluntarily waived his rights and agreed to speak with SA Hinkle and TFO Malpica. (The following is an interview summary. It is not intended to be a verbatim account and does not memorialize all statements made during the interview. Communications by the parties were electronically recorded.) CC-1 [redacted] stated the following:

> CC-1 [redacted] stated his name was CC-1 [redacted] with a date of birth of [redacted]. CC-1 [redacted] stated he was born in El Salvador, and both of his parents were from El Salvador. CC-1 [redacted] stated he last entered the United States in August o 2021. CC-1 [redacted] stated he had lived in the United States off and on since approximately 2002/2004. SA Hinkle asked CC-1 [redacted] if he knew Kilmar Armando ABREGO-Garcia. CC-1 [redacted] started smiling and stated he knew ABREGO. CC-1 [redacted] stated he first met ABREGO in Silver Springs, Maryland, sometime between 2015 and 2017. CC-1 [redacted] stated he met ABREGO while ABREGO was a taxi driver for Taxi Latino. CC-1 [redacted] stated he had seen the news approximately two days prior where he had seen President Trump talking about ABREGO. CC-1 [redacted] stated the news said ABREGO had been pulled over, but ABREGO was not charged. When SA Hinkle asked CC-1 [redacted] how many vehicles he had owned since 2021, CC-1 [redacted] stated he wanted to stop the questioning. SA Hinkle told CC-1 [redacted] SA Hinkle believed CC-1 [redacted] had information that could be beneficial to the government and the goal of the interview was not to add more charges to CC-1 [redacted]. CC-1 [redacted] stated to get him a lawyer and some paper and he would help.

The interview was concluded.

Investigation continues.


07/09/2025


| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| CC-1 [redacted]; Collateral from Baltimore,... | BI36FA23BA0001-001 | 4/24/2025 |




This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.